Frederic M. Douglas (Calif. State Bar # 212778)
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Tel: (949) 293-0442
Fax: (949) 203-8768
fdouglas@cox.net

Attorney for Plaintiffs
MESIKA MAGIC & YIGAL MESIKA

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MESIKA MAGIC, a California corporation, YIGAL MESIKA, an individual<br><br>            Plaintiffs,<br><br>    vs.<br>PENGUIN MAGIC, INC., a Nevada corporation, CRAIG PETTY, a resident of the United Kingdom, DOES 1-10, inclusive,<br><br>           Defendants | Case No.:<br><br>**COMPLAINT FOR:**<br><br>**1) LIBEL;**<br>**2) TRADE LIBEL;**<br>**3) COMMON LAW MISAPPROPRIATION OF LIKENESS**<br>**4) COMMERCIAL MISAPPROPRIATION OF LIKENESS UNDER CALIFORNIA CIVIL CODE § 3344;**<br>**5) FALSE LIGHT;**<br>**6) CALIFORNIA UNFAIR TRADE PRACTICES ACT;**<br>**7) FALSE OR MISLEADING STATEMENTS WHEN ADVERTISING ONE'S GOODS; AND**<br>**8) DECLARATORY RELIEF AGAINST DEFENDANTS**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR DAMAGES - 1**

## COMPLAINT

Plaintiffs MESIKA MAGIC ("Mesika Magic" or "Plaintiff") and YIGAL MESIKA ("Mesika" or "Plaintiff") collectively, "Plaintiffs," allege the following facts upon actual knowledge with respect to themselves and their own acts and upon information and belief as to the actions of Defendants PENGUIN MAGIC, INC., a Nevada corporation ("Penguin Magic" or "Defendant"), CRAIG PETTY, a resident of the United Kingdom ("Petty" or "Defendant") and DOES 1-10 (collectively, "Defendants"), complains and allege as follows:

## I.    THE PARTIES

1.    Mesika Magic is a corporation incorporated in the State of California, with a principal place of business of 6182 Rodgerton Drive, Los Angeles, California 90068.

2.    Yigal Mesika is an individual, domiciled in, and a resident of, Los Angeles, California.

3.    On information and belief, Defendant Penguin Magic is a Nevada corporation, having its principal place of business at 2575 N. High Street, Columbus, Ohio 43202. Upon further information and belief Penguin Magic maintains an agent for service of process, Registered Agents Inc., with the address for service of process at 732 S. Sixth Street, Suite R, Las Vegas, Nevada 89101.

4.    On information and belief, Defendant Craig Petty is a resident of the United Kingdom. On further information and belief, Craig Petty conducts business within the United States, including the State of California, offers video presentations relating to his activities and offerings in the magic industry toward persons within the United States, including the State of California, and directs his commercial activities at persons and entities sitting in the United States, including the State of California. Upon

**COMPLAINT FOR DAMAGES - 2**

yet further information and belief, Defendant Craig Petty announces commercial activities in the magic industry in cooperation with Defendant Penguin Magic, including participating in magic trade shows within the United States. Craig Petty sells his goods on Penguin Magic's website, at https://www.penguinmagic.com/magician/craig-petty. Craig Petty operates a YouTube channel, "Craig Petty's Magic TV," available at https://www.youtube.com/channel/UCJPEdFF3SjIewaCBZtRWSgQ. Craig Petty published on or about July 14, 2025 the video "documentary" called "The Desolation of Yigal Mesika," available at https://www.youtube.com/watch?v=TnsLrTi5pX4&t. Craig Petty published on or about July 13, 2025 the video "The Desolation of Yigal Mesika TRAILER," available at https://www.youtube.com/watch?v=t9FDGvIBCgc. Craig Petty has published several other videos on YouTube critiquing Yigal Mesika and Mesika Magic and on other platforms. Craig Petty and Penguin Magic have repeatedly republished these defamatory videos, in each instance repeating and republishing the defamatory and false statements about Plaintiffs.

5.    Defendant Penguin Magic published a video on its YouTube account, "Craig Petty Discusses Controversy With Yigal Mesika," on or about July 25, 2025, available at https://www.youtube.com/watch?v=oCONRGRYugs&t. This video is presented as a podcast, The Penguin Magic Podcast with Erik Tait," hosted by Erik Tait of Penguin Magic.  This video links to "The Desolation of Yigal Mesika," and reviews that video by Craig Petty with an interview of Craig Petty.

6.    Plaintiffs are informed and believe, and on that basis allege, Penguin Magic, Craig Petty, and each of the DOE defendants (collectively "Defendants") is responsible in some manner for the events, occurrences and happenings herein referred to, either contractually or tortiously, and each singly or together caused the damage to the Plaintiffs as herein alleged.

**COMPLAINT FOR DAMAGES - 3**

7.      Plaintiffs are informed and believe, and based thereon allege, that Defendants, and each of them, at all relevant times were and are the agents, employees, partners, joint venturers, owners, principals, employers or other representatives of each and every other defendant, and in doing the things hereinafter alleged, were acting within the course and scope of such agency, employment, partnership, joint venture, representation, or ownership. Plaintiffs are further informed and believe, and based thereon allege, that the acts and conduct herein alleged of each such defendant were known to, authorized by, consented to or ratified by the other remaining defendants and each of them.

## II.    JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction over this matter pursuant to: This Court has jurisdiction under 28 U.S.C. § 1332 as the controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between Plaintiffs who are incorporated in and reside in Los Angeles County, California and Defendant Penguin Magic has a principal place of business in Columbus, Ohio, incorporated in Nevada, and sells products in California. Defendants are subject to jurisdiction of this court as Defendants, do business within this judicial district, have committed infringing acts within this district, and direct their commercial activities in competition with Plaintiffs to California.

9.      This Court has personal jurisdiction over Defendants in this action and venue is proper in this judicial district under 28 U.S.C. § 1391(b) and (c) because, as alleged further below: (a) Defendant has intentionally engaged in substantial business within this forum amounting to sufficient minimum contacts, including, but not limited to, the offer for sale and sale of their products and/or services into California and into this district, including the use of the Internet; and (b) a substantial part of the acts or

**COMPLAINT FOR DAMAGES - 4**

omissions giving rise to the asserted claims occurred or had effects in this judicial district.  Venue is proper in this district under 28 U.S.C. § 1391 as Defendants are subject to the personal jurisdiction of the Court situated herein. Defendant Penguin Magic maintains contacts sufficient to subject it to personal jurisdiction within the Central District of California and has significant contacts within this District. Defendants maintain continuous and systematic commercial contacts with the State of California by, *inter alia*, purposefully availing themselves of the opportunity to conduct commercial activities, and regularly conducting business in the State of California; committing a substantial part of the wrongful acts complained of herein in interstate commerce, in the State of California, and in this judicial district; and conducting business activities in the State of California by advertising, offering for sale, and selling competing products and instructional and entertainment services as complained of herein while actively and continuously soliciting and consummating commercial transactions with California residents.

## III.    GENERAL ALLEGATIONS

10.    Yigal Mesika is the owner of intellectual property related to, including inventions, patent applications, patents, trademarks, trade secrets, know how, and confidential information relating to magic tricks, demonstrations, instructions, and other means of entertainment.

11.    Plaintiffs market, distribute, and sell products using such intellectual property rights.

12.    Plaintiffs have developed a fine reputation and goodwill at substantial expense associated with their intellectual property and associated products, through advertising and marketing goods and services through their website http://www.yigalmesika.com/products, via Penguin Magic, and Murphy's Magic,

besides other partners. Plaintiff also advertises and markets LOOPS products via Amazon at https://www.amazon.com/s?srs=8055481011&rh=p_89%3AYigal%2BMesika. Plaintiff Yigal Mesika also attends trade shows, and participates in various industry associations, including: the Academy of Magical Arts; FISM (Federation Internationale des Societes Magiques); Magic Live; The Magic Café; Genii, The Conjurer's Magazine; Magic Magazine; and EMC (Essential Magic Conference). Plaintiffs depend upon the Amazon website and Internet searches for customers and potential customers to find Plaintiffs and to promote Plaintiffs' products via searches for magic trick products.

13.　　Upon information and belief, Defendants advertise, market, offer for sale, and sell products that compete with Plaintiffs in the United States and in the State of California, and in this judicial district. Plaintiffs' "LOOPS" products are competitive with Defendant's "Ties" products, an inferior product not authorized by Plaintiff, offered by Penguin Magic at https://www.penguinmagic.com/p/17608.

14.　　Defendant Penguin Magic had previously used the term or mark "LOOPS" as a key word or "meta tag" in its website database.

15.　　Defendants have published the above-described videos to make false statements regarding Plaintiffs to damage Plaintiffs' reputation and harm Plaintiffs' commercial activities to unfairly and unlawfully compete with Plaintiffs.

16.　　One source of hate and ridicule demonstrated in the Craig Petty video and the Penguin Magic Tait podcast is Plaintiff's pending patent application for an "Illusion Device Having a Key With Retractable Keychain Clip." This pending patent application was published on December 19, 2024, as U.S. Patent Application No. 2024/0416255 A1. Attached hereto as Exhibit A, and incorporated herein this

Complaint, is a true and correct copy of U.S. Patent Application No. 2024/0416255 A1.

17.    In the U.S. Patent Application No. 2024/0416255 A1 attached as Exhibit A, the "Ring Flight Revolution" is disclosed and described in Paragraph [0006].

18.    In the U.S. Patent Application No. 2024/0416255 A1 attached as Exhibit A, the "Rinkey Dinky" product is disclosed and described in Paragraph [0007].

19.    Near the end of Paragraph [0027] of U.S. Patent Application No. 2024/0416255 A1 attached as Exhibit A, the invention is described as being able to incorporate an Air Tag device.

20. Defendants' published statements, presented in video and audio recordings, made several defamatory statements regarding Plaintiffs, including false statements regarding Plaintiffs' patent portfolio, Plaintiffs' efforts to protect and enforce intellectual property, and Plaintiffs' resort to litigation to protect the intellectual property and reputation. Defendants know their statements are false, but for the sake of —clickbait, ratings, search engine visibility, and views —, or put plainly, money — Defendants have destroyed Plaintiffs' reputation and legacy through their false statements and implications that Plaintiffs are "patent terrorists" with patents they do not deserve, bullies, and other inflammatory epithets.

21. The video "documentary" called "The Desolation of Yigal Mesika," available at https://www.youtube.com/watch?v=TnsLrTi5pX4&t, by Craig Petty ("the Craig Petty video") and the "Craig Petty Discusses Controversy With Yigal Mesika," video available at https://www.youtube.com/watch?v=oCONRGRYugs&t, ("the Erik Tate podcast") both repeated and republished negative statements from third parties, including Sean Bogunia, Joao Miranda, Steve Sheraton, Tom Wright, Erik Tait, Craig Petty, and Mark Bennett. These statements included defamatory statements presented as factual conclusions based on reported events and conversations, or are direct

accusations of misconduct, constituting false, defamatory statements. Some of these statements include qualifiers such as "in my opinion" or "I believe" but these are still defamatory statements as they at least imply defamatory facts or are demonstrably false.

22.    Attached hereto this Complaint, as Exhibit B is a list of defamatory statements made in the Craig Petty video, the contents of which are incorporated herein to this Complaint.

23.    Attached hereto this Complaint, as Exhibit C, is a list of defamatory statements made in the Erik Tait podcast, the contents of which are incorporated herein to this Complaint.

24.    Attached hereto this Complaint, as Exhibit D, is a list of defamatory statements made to the Craig Petty video, the contents of which are incorporated herein to this Complaint.

25.    Attached hereto this Complaint, as Exhibit E, is a list of defamatory statements made to the Erik Tait podcast, the contents of which are incorporated herein to this Complaint.

## IV.    CAUSES OF ACTION

### COUNT 1

### LIBEL

26.    The allegations of Paragraphs 1-25 above are hereby incorporated herein by reference.

27.    Defendants published false statements of fact concerning Plaintiffs to give rise to liability for defamation by publishing and disseminating the defamatory material to others besides Plaintiffs.

28.    Defendants' defamatory statements were not privileged.

**COMPLAINT FOR DAMAGES - 8**

29.    Defendants' defamatory statements exposed, and continue to expose, Plaintiffs to hatred, contempt, ridicule, disgrace, and cause the Plaintiffs to be shunned, or avoided, and tend to injure Plaintiffs in their occupation and profession within the magic industry and magic community. Defendants' defamatory statements have damaged Plaintiffs' intellectual property, such as pending patent applications and issued patents, Plaintiffs' business, trade, and profession. Defendants' defamatory statements have caused members of the public to boycott Plaintiffs' products and urge others to boycott Plaintiffs' products.

30.  Defendants' defamatory statements were libel per se, including attacking Plaintiffs' professional reputation and injuring Plaintiffs by defaming Plaintiffs in their professional capacities.

31.  Defendants published the defamatory statements with actual constitutional malice toward Plaintiffs

32.    Because of the blatant and willful nature of Defendant's infringement, Plaintiff submits that this is an exceptional case and seeks their reasonable attorneys' fees.

## COUNT 2

## TRADE LIBEL

33.    The allegations of Paragraphs 1-32 above are hereby incorporated herein by reference.

34.    Defendants published false statements of fact concerning Plaintiffs to give rise to liability for defamation by publishing and disseminating the defamatory material to others besides Plaintiffs.

35.    Defendants' defamatory statements were not privileged.

36.    Defendants are in an adversarial posture toward Plaintiffs in the magic industry magic community.

**COMPLAINT FOR DAMAGES - 9**

37.    Defendants' defamatory statements disparage Plaintiffs' property, including Plaintiffs' intellectual property, including issued patents and pending patent applications, and Plaintiffs' magic products.

38.    Defendants' defamatory statements play a material and substantial part in inducing others to deal with the Plaintiffs, including inducing others to boycott Plaintiffs and their products. Particular purchasers lost are recorded in the comments sections of Defendants' video publications.

## COUNT 3

## COMMON LAW MISAPPROPRIATION OF LIKENESS

39.    The allegations of Paragraphs 1-38 above are hereby incorporated herein by reference.

40.    Defendants' published videos wrongly use Yigal Mesika's identity, including an image of Yigal Mesika's face, in a depiction that is distinctive, personal, and identifiable in a way that a view or listener would have little doubt about the identity of the person depicted, Yigal Mesika.

41.    Defendant's unpermitted use of Yigal Mesika's name and likeness was appropriated to Defendants' advantage, commercially and otherwise.

42.    Defendants' use of Yigal Mesika's name and likeness lacked consent by Yigal Mesika.

43.    Defendants' defamatory statements were not privileged.

44.    Defendants' unpermitted appropriation of Yigal Mesika's name and likeness caused Yigal Mesika and Mesika Magic to suffer damages from Defendants' use of Yigal Mesika's name and likeness.

45.    Defendants' defamatory statements disparage Plaintiffs' property, including Plaintiffs' intellectual property, including issued patents and pending patent applications, and Plaintiffs' magic products.

46.     Defendants' defamatory statements play a material and substantial part in inducing others to deal with the Plaintiffs, including inducing others to boycott Plaintiffs and their products. Particular purchasers lost are recorded in the comments sections of Defendants' video publications.

## COUNT 4

## COMMERCIAL MISAPPROPRIATION OF LIKENESS UNDER CALIFORNIA CIVIL CODE § 3344

47.     The allegations of Paragraphs 1-46 above are hereby incorporated herein by reference.

48.     Defendants' published videos wrongly use Yigal Mesika's identity, including an image of Yigal Mesika's face, voice, signature, name, photograph and likeness in a depiction that is distinctive, personal, and identifiable in a way that a view or listener would have little doubt about the identity of the person depicted, Yigal Mesika.

49.     Defendant's unpermitted use of Yigal Mesika's name and likeness was appropriated to Defendants' advantage, commercially and otherwise. Defendants' use of Yigal Mesika's likeness is directly connected with advertising and commercial sales.

50.     Defendants' use of Yigal Mesika's name, voice, signature, photograph, and likeness lacked consent from Yigal Mesika.

51.     Defendants' defamatory statements were not privileged.

52.     Defendants' unpermitted appropriation of Yigal Mesika's name and likeness caused Yigal Mesika and Mesika Magic to suffer damages from Defendants' use of Yigal Mesika's name, voice, signature, photograph, and likeness.

**COMPLAINT FOR DAMAGES - 11**

53.    Defendants' defamatory statements disparage Plaintiffs' property, including Plaintiffs' intellectual property, including issued patents and pending patent applications, and Plaintiffs' magic products.

54.    Defendants' defamatory statements play a material and substantial part in inducing others to deal with the Plaintiffs, including inducing others to boycott Plaintiffs and their products. Particular purchasers lost are recorded in the comments sections of Defendants' video publications.

## COUNT 5

## FALSE LIGHT

55.    The allegations of Paragraphs 1-54 above are hereby incorporated herein by reference.

56.    Defendants published false statements of fact concerning Plaintiffs to the public in general, or at least to a large number of persons, to give rise to liability for defamation by publishing and disseminating the defamatory material to others besides Plaintiffs.

57.    Defendants' defamatory statements were not privileged.

58.    Defendants' defamatory statements provided an unfair and inaccurate depiction of Plaintiffs.

59.    Defendants' publications placed Plaintiffs in a false light that is highly offensive to a reasonable person.

60.    Defendants' defamatory statements exposed, and continue to expose, Plaintiffs to hatred, contempt, ridicule, disgrace, and cause the Plaintiffs to be shunned, or avoided, and tend to injure Plaintiffs in their occupation and profession within the magic industry and magic community. Defendants' defamatory statements have damaged Plaintiffs' intellectual property, such as pending patent applications and issued patents, Plaintiffs' business, trade, and profession. Defendants' defamatory

statements have caused members of the public to boycott Plaintiffs' products and urge others to boycott Plaintiffs' products.

61.  Defendants' defamatory statements were libel per se, including attacking Plaintiffs' professional reputation and injuring Plaintiffs by defaming Plaintiffs in their professional capacities.

62.  Defendants published the defamatory statements with actual constitutional malice toward Plaintiffs.

63.  Because of the blatant and willful nature of Defendant's infringement, Plaintiff submits that this is an exceptional case and seeks their reasonable attorneys' fees.

## COUNT 6

## CALIFORNIA UNFAIR TRADE PRACTICES ACT

64.  The allegations of Paragraphs 1-63 above are hereby incorporated herein by reference.

65.  This claim arises under California law, including Cal. Bus. & Prof. Code § 17200, and the common law.

66.  Defendants' defamation and other actions as alleged herein constitute a per se unlawful, unfair, or fraudulent business practice, and/or unfair, deceptive, untrue, and misleading advertising under California Business & Professions Code § 17000, *et seq.*

67.  Defendants' violations of California law have been willful, deliberate, and intentional, and will no doubt continue unless enjoined by this Court.

68.  Pursuant to California Business and Professions Code section 17203, Plaintiffs seek an order of this Court that permanently enjoins Defendants from continuing to engage in the unlawful, unfair, and fraudulent conduct described herein. Plaintiffs seek an order requiring Defendants to (1) immediately cease the unlawful,

**COMPLAINT FOR DAMAGES - 13**

unfair, and fraudulent practices stated in this complaint; and (2) award Plaintiffs reasonable costs and attorney fees pursuant to California Code of Civil Procedure section 1021.5.

## COUNT 7

## CALIFORNIA UNFAIR TRADE PRACTICES ACT –FALSE OR MISLEADING STATEMENTS WHEN ADVERTISING ONE'S GOODS

69.    The allegations of Paragraphs 1-68 above are hereby incorporated herein by reference.

70.    This claim arises under California law, including Cal. Bus. & Prof. Code § 17250, and the common law.

71.    Defendants' defamation and other actions as alleged herein constitute a per se unlawful, unfair, or fraudulent business act or practice, and/or unfair, deceptive, untrue, fraudulent, and misleading advertising under California Business & Professions Code § 17000, *et seq*.

72.    Defendants' violations of California law have been willful, deliberate, and intentional, and will no doubt continue unless enjoined by this Court.

## COUNT 8

## DECLARATORY RELIEF AGAINST DEFENDANTS

73.    The allegations of Paragraphs 1-72 above are hereby incorporated herein by reference.

74.    Plaintiffs contend that Defendants have defamed them, published statements depicting them in a false and misleading light, and committed unfair business practices. There is an actual controversy between Plaintiffs and Defendants concerning whether the defamatory and false light statements may remain posted on

various social media platforms, such as YouTube and other video hosting sites, and on the Internet, and in blogs which are in the public square.

75.    Plaintiffs seek a declaration and injunctive order from the Court that would require Defendant to remove and publicly retract the false and defamatory statements, publications, and republications described in this complaint.

## V.   PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

A.    Remove and publicly retract the false and defamatory statements, publications, and republications described in this complaint;

B.    Temporary and permanent injunctive relief;

C.    Special damages arising from the loss of business or business opportunities, according to proof at trial;

D.    Economic damages suffered by Plaintiffs, to be proven at trial;

E.    General and compensatory damages, to be proven at trial;

F.    Exemplary and punitive damages, to be proven at trial;

G.    Costs of suit herein incurred;

H.    Interest on all sums awarded at the maximum allowable rate, pre-judgment and post-judgment;

I.    Defendants' profits;

J.    Reasonable and necessary attorneys' fees as provided by California law and other law;

K.    Prejudgment and post-judgment interest; and

L.    For such other and further relief that the Court deems just and proper.

August 22, 2025                          Respectfully submitted,

_____/s/ Frederic M. Douglas_____

**COMPLAINT FOR DAMAGES - 15**

Frederic M. Douglas
Calif. State Bar # 212778
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Tel: (949) 293-0442
Fax: (949) 203-8768
fdouglas@cox.net

Attorney for
Plaintiffs
MESIKA MAGIC & YIGAL MESIKA

////

**COMPLAINT FOR DAMAGES - 16**

## <u>PLAINTIFFS' DEMAND FOR JURY</u>

Plaintiff hereby demands trial by jury.

August 22, 2025                              \_\_\_/s/ Frederic M. Douglas\_\_\_\_\_
                                             Frederic M. Douglas

                                             Frederic M. Douglas
                                             Calif. State Bar # 212778
                                             Attorney At Law
                                             15333 Culver Drive, Suite 340
                                             Irvine, California 92604-3051
                                             Tel: (949) 293-0442
                                             Fax: (949) 203-8768
                                             fdouglas@cox.net

                                             Attorney for
                                             Plaintiffs
                                             Attorney for Plaintiff
                                             MESIKA MAGIC & YIGAL
                                             MESIKA

////

////

**COMPLAINT FOR DAMAGES - 17**

**EXHIBIT A**

US 20240416255A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2024/0416255 A1

MESIKA (43) Pub. Date: **Dec. 19, 2024**

(54) **ILLUSION DEVICE HAVING A KEY WITH RETRACTABLE KEYCHAIN CLIP**

(71) Applicant: **YIGAL MESIKA**, LOS ANGELES, CA (US)

(72) Inventor: **YIGAL MESIKA**, LOS ANGELES, CA (US)

(21) Appl. No.: **18/742,238**

(22) Filed: **Jun. 13, 2024**

**Related U.S. Application Data**

(60) Provisional application No. 63/472,768, filed on Jun. 13, 2023.

**Publication Classification**

(51) **Int. Cl.**
　　*A63J 21/00* (2006.01)
(52) **U.S. Cl.**
　　CPC .................................... *A63J 21/00* (2013.01)

(57) **ABSTRACT**

Described is an illusion device having a key with a retractable keychain clip. The illusion device includes a housing having a keyring hole formed therethrough. A key is attached to the housing. A rotatable spool is positioned within the housing, while a coil is attached to the rotatable spool. Thread is wrapped around the spool that extends from the keyring hole. Finally, a chain with the keychain clip is attached to the thread.

100





FIG. 1

100



FIG. 2



FIG. 3A

FIG. 3B



FIG. 4



FIG 5A          FIG. 5B          FIG. 5C

US 2024/0416255 A1

Dec. 19, 2024

1

## ILLUSION DEVICE HAVING A KEY WITH RETRACTABLE KEYCHAIN CLIP

### PRIORITY CLAIM

[0001]   The present application is a Non-Provisional Utility Patent Application of U.S. Provisional Application No. 63/472,768, filed on Jun. 13, 2023, the entirety of which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

#### (1) Field of Invention

[0002]   The present invention relates to props and gimmicks used in the field of toys and magic to create a variety of illusions and, more particularly, to an illusion device having a key with a retractable keychain clip that allows a user to perform a variety of illusions.

#### (2) Description of Related Art

[0003]   The present invention relates to props and gimmicks used in the field of magic, carried on the person or hidden in the clothing of the magician, and used to create the illusion of transferring an object without a viewer recognizing that the object has been transferred. For example, a ring is obtained from a viewer and made to disappear and then magically reappear elsewhere. This type of illusion is performed using a hidden reel mechanism.

[0004]   The origin of the ring transfer illusion began with a magician in the 1960's. The magician, Al Koran, created a wallet-type key holder that concealed a reel mechanism with a retractable string. Using his device, the magician would surreptitiously attach the string to the viewer's ring and then create the illusion that a ring would disappear and then magically appear in his wallet as the reel mechanism pulled the ring into the wallet. While the concept and item created a functional illusion, the wallet-type key holder was bulky and no longer a fashionable item as time passed. Further, the existing reel is noisy which works against the concept of concealing a hidden reel.

[0005]   More recently, some magicians attempted to recreate the illusion of making a ring or object disappear using a key fob that had a hidden reel mechanism. For example, a product referred to as "Departure," appears as a common remote control key fob; however, hidden inside of the key fob is a large reel mechanism. A problem with such an item is that the magician or performer will ultimately end up with two remote devices on their person (i.e., both the Departure product as well as their own real care remote key fob). Having to carry either two separate key chains or two remotes on one key chain (i.e., real plus fake) is impractical. Further and as was the case above, the Departure product is also noisy, making the illusion difficult to perform.

[0006]   Another example of a key fob reel mechanism is the "Ring Flight Revolution" product. While the item included a concealed reel mechanism, it is bulky and the thread feeds through the keys that are attached thereto. By passing the thread through the keys, friction is created that can cause the thread to break over time which can be catastrophic if a viewer were to actually lose a ring during the performance. Similarly, as a fake key fob, this device also suffers from the practical issue that a performer will ultimately end up with two remote devices on their person (i.e., both the Ring Flight Revolution product as well as their own real care remote key fob), as well as the noise generated by the reel mechanism.

[0007]   Another recent product was devised and sold under the name "Rinkey Dinky" as a key with a hidden reel. As was the case with the above devised products, the Rinkey Dinky item is noisy and bulky. Further, the thread of the product feeds unnaturally from the side of the key housing, creating functional issues as the thread goes against the orientation/direction of the reel mechanism embedded within the product. The unnatural thread orientation creates a lot of friction, resulting in difficulty in withdrawing the string as well noise generation as the string is retracted and withdrawn.

[0008]   Thus, a continuing need exists for an illusion device having a key with a hidden reel mechanism that allows the string to be withdrawn discreetly and smoothly while significantly minimizing noise issues.

### SUMMARY OF INVENTION

[0009]   The present disclosure provides an illusion device, comprising: a housing, the housing having a keyring hole formed therethrough; a rotatable spool positioned within the housing; a coil attached to the rotatable spool; thread wrapped around the spool and extending from the keyring hole; and a chain attached to the thread.

[0010]   In one aspect, the chain has a proximal end and a distal end, with a clip attached to the distal end and the thread being attached to the proximal end.

[0011]   In yet another aspect, a spool casing is formed within the housing. The spool casing is formed to allow the spool to be positioned therein and rotate within the spool casing.

[0012]   In yet another aspect, the spool casing includes walls having a series of ribs that surround the spool.

[0013]   In yet another aspect, the coil is a flat spiral torsion spring.

[0014]   In another aspect, the housing includes tapered edges.

[0015]   Additionally, the chain is positionable between a withdrawn position and a retracted position, such that when in the retracted position, the proximal end of the chain is held against the keyring hole.

[0016]   In yet another aspect, a key is attached to the housing, thereby causing the illusion device to appear as a normal key.

[0017]   Finally, as can be appreciated by one in the art, the present invention also comprises a method for forming and using the invention as described herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0018]   The objects, features and advantages of the present invention will be apparent from the following detailed descriptions of the various aspects of the invention in conjunction with reference to the following drawings, where:

[0019]   FIG. 1 is an exploded-view illustration of an illusion device according to various aspects of the present invention;

[0020]   FIG. 2 is an assembled, interior-view illustration of the illusion device according to various aspects of the present invention;

[0021]   FIG. **3**A is an illustration of the illusion device, depicting the chain with an attached keychain clip as withdrawn in a withdrawn position;

[0022]   FIG. **3**B is an illustration of the illusion device, depicting the chain with the attached keychain clip as retracted in retracted position;

[0023]   FIG. **4** is an illustration of the illusion device, depicting a ring attached to the keychain clip;

[0024]   FIG. **5**A is a side-view illustration of the illusion device housing and key;

[0025]   FIG. **5**B is a rotated, side-view illustration of the illusion device housing and key; and

[0026]   FIG. **5**C is a side-view illustration of the illusion device housing and key, depicting the chain retracted to provide the illusion that the chain is affixed with the keyring and not the housing.

DETAILED DESCRIPTION

[0027]   The present invention relates to props and gimmicks used in the field of toys and magic to create a variety of illusions and, more particularly, to an illusion device having a key with a retractable keychain clip that allows a user to perform a variety of illusions. The following description is presented to enable one of ordinary skill in the art to make and use the invention and to incorporate it in the context of particular applications. Various modifications, as well as a variety of uses in different applications will be readily apparent to those skilled in the art, and the general principles defined herein may be applied to a wide range of embodiments. Thus, the present invention is not intended to be limited to the embodiments presented, but is to be accorded the widest scope consistent with the principles and novel features disclosed herein. Thus, although a key (e.g, car key) is disclosed and illustrated as one embodiment, the housing and illusion device can also be implemented in a USB stick or item detector (such as an Appe Air Tag) to provide a similar functionality and illusion to those types of devices as well.

[0028]   In the following detailed description, numerous specific details are set forth in order to provide a more thorough understanding of the present invention. However, it will be apparent to one skilled in the art that the present invention may be practiced without necessarily being limited to these specific details. In other instances, well-known structures and devices are shown in block diagram form, rather than in detail, in order to avoid obscuring the present invention.

[0029]   The reader's attention is directed to all papers and documents which are filed concurrently with this specification and which are open to public inspection with this specification, and the contents of all such papers and documents are incorporated herein by reference. All the features disclosed in this specification, (including any accompanying claims, abstract, and drawings) may be replaced by alternative features serving the same, equivalent or similar purpose, unless expressly stated otherwise. Thus, unless expressly stated otherwise, each feature disclosed is only one example of a generic series of equivalent or similar features.

[0030]   Furthermore, any element in a claim that does not explicitly state "means for" performing a specified function, or "step for" performing a specific function, is not to be interpreted as a "means" or "step" clause as specified in 35 U.S.C. Section 112, Paragraph 6. In particular, the use of "step of" or "act of" in the claims herein is not intended to invoke the provisions of 35 U.S.C. 112, Paragraph 6.

[0031]   Please note, if used, the labels left, right, front, back, top, bottom, forward, reverse, clockwise and counter clockwise have been used for convenience purposes only and are not intended to imply any particular fixed direction. Instead, they are used to reflect relative locations and/or directions between various portions of an object.

(1) Description

[0032]   The present disclosure provides an illusion device having a key (such as a real or simulated car key) with a retractable keychain clip that improves upon the prior art due to its size, design, and hidden reel mechanism that allows the string to be withdrawn/retracted discreetly and smoothly while significantly minimizing all noise issues. The direction of the thread as it passes out from the key cover also provides a marked improvement over the prior art as the thread reel feeds from the top where the keyholder is sitting, allowing the thread to align with the rotational direction of the reel mechanism to provide smooth pulling and retraction. Further, the inclusion of a chain with keychain clip that appears as if it is attached to a keychain ring as opposed to the housing (as described in detail below), provides an improvement over the prior art as it misdirects the viewer and leads the viewer to believe that their displayed object (e.g., wedding ring) and associated chain and keychain clip is attached to the keychain ring as opposed to the housing, thereby misdirecting the viewer as to the secret utility of the illusion device. Also, by having the displayed object attached to the keychain clip, it is very user friendly to detach the ring when returning it to the user without calling any attention to the illusion device, making the commonality of the device more believable. Further details are provided below.

[0033]   As shown in FIG. **1**, the illusion device **100** includes a housing **17** formed of a top cover **1** and a bottom cover **4**. In one aspect, attached with the housing **17** is a key **5**. The key **5** can be attached with the housing **17** using any suitable mechanism, technique, or device. As a non-limiting example, tabs **8** formed in the housing **17** (e.g., bottom cover **4**) are placed through a slot **7** in the key **5**, with the key **5** then sandwiched and affixed between the top cover **1** and bottom cover **4**. It should be noted that the illusion device **100** can also be formed to simulate other items other than a key. For example, the housing **17** can be shaped like a USB stick with the attached keychain ring described below. In this aspect, all of the spool and other components as described are housed within the housing **17**, with the illusion device operating similar to the key embodiment; however, in this aspect, the viewer is led to believe it is a USB stick instead of a normal car key. Other embodiments include tracker devices (e.g., Apple Air Tag), and any other item that one might typically have on a keychain.

[0034]   To create the illusion that the device is smaller than it actually is, the housing **17** (e.g., both of the covers) has tapered edges **9** to create a slim shape and make the key housing **17** look a lot smaller than the actual size required to house the reel mechanism.

[0035]   Formed in at least one of the covers **1** and/or **4** is a spool casing **10**. The spool casing **10** is formed to allow a spool **3** to be positioned therein and rotate within the spool casing **10**. Notably, walls of the spool casing **10** are shaped to include a series of ribs **11** that surround the spool **3**. The

ribs **11** operate as sound baffles to break the sound of the spool **3** as it spins fast within the spool casing **10** or housing **17** to reduce whistling sound or other noise that may be created by the rotating spool **3**.

[0036]    The spool **3** operates as a coil housing to attach with and contain a coil **2** therein. The coil **2** is any suitable spring mechanism that is operable for winding a thread **12** back onto the spool **3** after being withdrawn from the spool **3**. As a non-limiting example, the coil **2** is a flat spiral torsion spring that is attached to and between the spool **3** and a post **13** within the housing **17**. Wrapped around the spool **3** is thread **12**. The thread **12** is any suitable filament that can easily wind/unwind around the spool while avoiding detection, non-limiting examples of which include nylon mono-filament (e.g., similar to fishing line) and a Kevlar string.

[0037]    Included at the top of the housing **17** (i.e., top cover **1** and bottom cover **4**) is a tube **6** that can be used to protect the thread **12** and direct the thread **12** out into a keyring hole **14** formed between the top cover **1** and bottom cover **4**. After passing through the keyring hole **14**, the thread **12** is attached to a chain **15**, which in turn has a coupler clip **16** (e.g., spring clip) attached at its distal end. The clip **16** allows an operator to quickly and surreptitiously attach a viewer's ring to the clip **16**.

[0038]    For further understanding, FIG. **2** depicts an assembled, interior-view of the illusion device **100**. As shown, the thread **12** is attached with the chain **15** and extends into the housing **17** to wrap around the spool **3**. Further and as shown in FIG. **3**A, the chain **15** can be drawn from the housing **17** under tension due to the thread **12** which is drawn from the spool. Due to the torsion spring (i.e., coil), the thread **12** (and attached chain **15**) is under tension as it is drawn from the housing **17** and the coil is wound. In other words, upon pulling the chain **15** and thread **12** from the housing **17** (as the thread unwinds from the spool), the coil provides a return force to retract the thread **12** and re-wind the thread around the spool (as shown in FIG. 3B). Upon rewinding the thread **12**, the proximal end of the chain **15** is pulled tightly into the keyring hole **14** to provide the illusion that the chain **15** is securely affixed to the keyring (depicted as element **20** in FIG. **4**).

[0039]    As shown in FIG. **4**, this return force allows for the illusion to be performed using a concealed reel mechanism that can be attached to a viewer's object, such as a wedding ring **18**, to cause the object to disappear and reappear elsewhere. In other words, the illusion device **100** is formed to resemble a common car key and features a mechanical retractable system, similar to retractable name badge clips, allowing it to be pulled and always retract when let go. In operation, a magician borrows the ring **18** with his left hand. With the right hand, the magician secretly holds the clip **16** that he pulled out from his pocket. He attaches the ring **18** to the clip **16**, acting like he put the ring on his finger, while also hooking the clip **16** to the ring **18**. Using sleight of hand, the magician lets go of the ring **18** which is very quickly pulled back into the magician's pocket and secured to the chain **15**, which is in turn pulled tight against the housing **15**. Thus, the ring **18** has, in essence, disappeared. However, it is later revealed that the ring **18** is connected to the device **100** and its clip **16**, thereby creating the illusion that the ring **18** disappeared and reappeared elsewhere.

[0040]    As noted above, the illusion device **100** of the present disclosure provides several unique aspects and improvements over the prior art. While devices such as key

fobs and remote controls with hidden reel mechanisms exist, they all suffer a variety of deficiencies. Such existing devices are bulky and present issues with duplication. For instance, having a second car key remote (key fob) at all times would be impractical and would give away the secret device. Unlike existing products, the illusion device **100** of the present disclosure includes a small chain **15** instead of a string. The chain **15** creates the illusion of being attached to the key ring **20** when the audience looks down at the ring **18** attached to the chain **15**. Note that the key ring **20** is passed through the keyring hole **14** so that when the chain **15** is pulled tightly into the keyring hole **14**, it appears as if the chain **15** is attached to the key ring **20** and not the housing **17**. To achieve this mechanism, the illusion device **100** uses the micro spring (e.g., coil) along with very thin layers of plastic, resulting in a key (not just a key fob or remote control) that closely resembles a real key. This way the audience does not know it is secluded and does not call attention to the illusion device **100**. This design takes up minimal space and enables the magician to use his key fob and other keys as intended.

[0041]    For further understanding, FIG. **5**A is a side-view illustration of the illusion device housing **17** and key **5**. As noted above and as shown between FIGS. **5**B and **5**C, the keyring hole **14** is formed at the top end **22** of the housing **17** and is tapered toward the top end **22** so as to allow the keyring **20** to easily reside above the chain **15** while pulling the chain **15** tightly into the keyring hole **14** below the keyring **20** and tightly against the keyring **20** to further enforce the illusion that the chain **15** is attached directly to the keyring **20** and not the housing **17**. It should be noted that the thickness of the illusion device and its associated housing **17** is smaller than any other key fobs on the market, by over 70%. Additionally, the side view of the key is designed to make it appear even small than the actual thickness, concealing the utility of the illusion device. Further, the retraction as provided by coil is not as powerful as other reel mechanism devices on the market; the other reel mechanisms are very rough and forceful when retracting, which can cause the thread to break and lose the viewers ring. If the thread were to break, the device is essentially damaged or unusable since the reel is concealed within the housing.

[0042]    Finally, while this invention has been described in terms of several embodiments, one of ordinary skill in the art will readily recognize that the invention may have other applications in other environments. It should be noted that many embodiments and implementations are possible. Further, the following claims are in no way intended to limit the scope of the present invention to the specific embodiments described above. In addition, any recitation of "means for" is intended to evoke a means-plus-function reading of an element and a claim, whereas, any elements that do not specifically use the recitation "means for", are not intended to be read as means-plus-function elements, even if the claim otherwise includes the word "means". Further, while particular method steps have been recited in a particular order, the method steps may occur in any desired order and fall within the scope of the present invention.

What is claimed is:

**1.** An illusion device, comprising:

a housing, the housing having a keyring hole formed therethrough;

US 2024/0416255 A1

Dec. 19, 2024

4

a rotatable spool positioned within the housing;

a coil attached to the rotatable spool;

thread wrapped around the spool and extending from the keyring hole; and

a chain attached to the thread.

**2**. The illusion device as set forth in claim **1**, wherein the chain has a proximal end and a distal end, with a clip attached to the distal end and the thread being attached to the proximal end.

**3**. The illusion device as set forth in claim **2**, further comprising a spool casing formed within the housing, the spool casing formed to allow the spool to be positioned therein and rotate within the spool casing.

**4**. The illusion device as set forth in claim **3**, wherein the spool casing includes walls having a series of ribs that surround the spool.

**5**. The illusion device as set forth in claim **4**, wherein the coil is a flat spiral torsion spring.

**6**. The illusion device as set forth in claim **5**, wherein the housing includes tapered edges.

**7**. The illusion device as set forth in claim **6**, wherein the chain is positionable between a withdrawn position and a retracted position, such that when in the retracted position, the proximal end of the chain is held against the keyring hole.

**8**. The illusion device as set forth in claim **7**, further comprising a key attached to the housing, thereby causing the illusion device to appear as a normal key.

**9**. The illusion device as set forth in claim **1**, further comprising a spool casing formed within the housing, the spool casing formed to allow the spool to be positioned therein and rotate within the spool casing.

**10**. The illusion device as set forth in claim **9**, wherein the spool casing includes walls having a series of ribs that surround the spool.

**11**. The illusion device as set forth in claim **1**, wherein the coil is a flat spiral torsion spring.

**12**. The illusion device as set forth in claim **1**, wherein the housing includes tapered edges.

**13**. The illusion device as set forth in claim **1**, wherein the chain is positionable between a withdrawn position and a retracted position, such that when in the retracted position, the proximal end of the chain is held against the keyring hole.

**14**. The illusion device as set forth in claim **1**, further comprising a key attached to the housing, thereby causing the illusion device to appear as a normal key.

\* \* \* \* \*

**EXHIBIT B**

- **0:30 – Speaker (Steve Sheraton):** States, **"Ripping off technology that I invented 25 years, then I say, it's not worth my time."**

- **0:38 – Speaker (Steve Sheraton):** States, **"There's a word for that. He's a 'patent troll.'" And "stealing intellectual property that isn't theirs, then they go after any possible entity that might have something to do with the knowledge that's inside that pack.**

- **1:18 – Speaker (Craig Petty):** Refers to Yigal Mesika using the term **"patent troll,"** and defines these as **"people who fake intellectual property by stealing it. They're claiming it theirs and then they go after any possible entity that might have something to do with the knowledge that's inside that pack."**

- **1:42 – Speaker (Sean Bogunia):** States, **"He's a magic terrorist I believe."**

- **1:48 – Speaker (Sean Bogunia):** Reiterates, **"Patent troll is what we call him."**

- **1:54 – Speaker (Steve Sheraton):** Claims Yigal's patent application is **"exactly my rinky dinky,"** implying his product is a copy.

- **Before 2:13**: They play audio claiming to be voice of Mesika, saying "piece of shit device."

- **2**:23 – Uses image of Mesika's face

- **2:39 – Speaker (Craig Petty):** Accuses Yigal of being **"Magic's biggest litigious bully that for the last three decades has been financially and legally bullying creators into submission behind closed doors. I'm talking about Yigal Mesika."**

- **3:00 – Speaker (Craig Petty):** Asserts the video will reveal **"just how sinister, manipulative, deceitful, greedy Yigal Mesika really is. This is going to be backed up by facts."**

- **3:32 – "Today, I am bringing facts, upon facts."**

- **3:37 – Speaker (Craig Petty):** States that Yigal **"tried to patent it as his because he um he moved a hole onto the side,"** referring to Steve Sheraton's "Rinkey Dinky." Petty's video displays content from Steve Sheraton's video defaming Mesika.

- **3:55 – Speaker (Craig Petty):** Claims Yigal **"is now trying to sue anyone who brings out their own ring flights, even if it doesn't use a car key. And even though it's not Mesika's in the first place and even though he doesn't have a patent approved and he never will."**

1

- **4:50 – Speaker (Craig Petty):** Claims Yigal **"can actually get away with bullying creators and forcing Magic's biggest wholesaler to remove a product which has zero infringements on any other legal product which was stolen in the first place."** This includes accusations of bullying, forcing product removal, and implying Yigal's product was "stolen in the first place."

- **5:40 –** Petty claims that he consulted with a lawyer before recording video.

- **6:53 –** Indicates that he deliberated over two weeks before completing video.

- **11:05 – Speaker (Craig Petty):** States, **"I've already had soft threats from [__] Mesika."**

- **14:47 –** Mark Bennett b[r]ought out Air Flite in early 2025. Uses Airtags.

- **16:30-** Petty says Mesika's Ring Flight came out in 2025.

- **19:01 – Speaker (Craig Petty):** States Mark Bennett's product **"is not being pulled. It's been held up because of you, Yigal, and your imaginary patents."**

- **21:51 – Speaker (Craig Petty):** States about Yigal's patent applications, **"most of them aren't granted most of them are never granted."**

- **30:40 –** Petty says Mesika statements were "passive aggressive."

- **46:17 – Speaker (Craig Petty):** In response to Yigal's claim of ethics, questions, **"why did he even release his reel without speaking to people like Dave Bonsson? Without speaking to people like Hot Tricks for Rinky Dinky, which is a near identical,"** implying a lack of ethics and copying.

- **54:54 – Speaker (Craig Petty):** States that Yigal **"is pulling Murphy's into this."**

- **59:15 – Speaker (Mark Bennett):** States Yigal is trying to **"stop every single ring flight ever hitting the market ever again. Stopping creativity, stopping um any innovative magician from ever coming out with a ring flight."**

- **59:29 – Speaker (Mark Bennett):** Asserts Yigal **"is trying to stifle creativity in the magic community. He says it's a small niche community, but he wants that community for himself."**

- **1:00:48 – Speaker (Craig Petty):** Claims that Yigal, **"by involving Murphy's and getting them involved, what it's doing is it's financially crushing you as a production company."**

- **1:12 –** (Craig Petty) :pattern going on for 20 years. Patent bullying.

2

**1:13 – (Craig Petty): "**Like I said, I've made notes. There's a couple of things I made notes on here with regards to the interview. I mean, you've just seen it yourself. Uh but Mark, I think he lays out a very compelling timeline. He began work on Airflight before Msika even filed his patent. He's got video evidence of a prototype dated this uh 8th of June 2024, 5 days before the patent was filed. The design is visibly different. Uh the mechanism is fed from a different position and it's a modern, sleek, Apple looking everyday carry look. Um he confirmed in the interview he had no knowledge of Msika's product at the time and and not only that he had actually" [This was not in the interview shown on YouTube.]

- "Parallel invention."

- **1:15:00 – Speaker (Craig Petty):** States, **"this is a clear case of a bigger named creator trying to intimidate and bully Mark Bennett."**

- **1:18:41 – Speaker (Craig Petty):** Reaffirms, **"Yigal has not got a patent. He has a patent application. The patent application is worth nothing unless the patent is actually granted. A lot of the patents that Yigal puts through never get granted."**

- **1:26:20 – Speaker (Craig Petty):** Claims that despite Yigal denying litigation threats, **"he said exactly what he wanted. $6 a unit. Uh it wants it pulled within two months. He wants all of the stock. He wants to know the figures. he was asking direct access for all of this. So no, he may not be threatening litigation, but he's telling Mark exactly what he wants. And when Mark said, "No, I don't think that is the case." He says, "Look, I seriously suggest you take this more seriously." If that's not leading towards legal threats, I don't know what is."**

- **1:27:54 – Speaker (Craig Petty):** Accuses Yigal of changing his claims, asking, **"Now you're bringing other facts into this. Have you even seen his seen his device at this point to compare?"**

- **1:28:10 – Speaker (Craig Petty):** States about Yigal's patent application, **"An air tag is an afterthought at best."**

- **1:28:27 – Speaker (Craig Petty):** Claims Yigal **"never even said that that the air tag thing was an issue to him. He went to Mark with three points and said if you clear those three points up I'm fine. So but now he's bringing air tax into this."**

- **1:28:39 – Speaker (Craig Petty):** States Yigal **"is asking for $6 per unit and for the stock to be pulled after a certain amount of time and you're doing this based off a patent that hasn't even been granted yet. And until it is granted you can't ask him for anything regarding his product."**

3

- **1:29:27 – Speaker (Craig Petty):** Claims, **"Weaponizing patterns has worked for you in the past. It has."**

- **1:29:32 – Speaker (Craig Petty):** States, **"This has become a pattern of behavior, not one of arguments. Because when you've got 20 plus applications, most of which fail and you keep using it to using them to chase down working creators. It stops being coincidence and it becomes a strategy."**

- **1:32:02 – Speaker (Craig Petty):** States Yigal's actions are **"not protection. That's intimidation."**

- **1:33:39 – Speaker (Craig Petty):** Claims that if Yigal's product was publicly released before his patent filing, **"then any elements of the Air Tag style version you included in latter applications are already in the public domain... you've effectively disclosed them before protection was in place, which weakens your position, not strengthening it."** [Note – provisional filed Jun 13, 2023; nonprovisional June 13, 2024. So, any disclosure by Mesika in Feb. 2024 does not bar obtaining the patent. Petty doesn't know what he is talking about.]

- **1:34:47 – Speaker (Craig Petty):** States Yigal's behavior **"hurts other creators."**

- **1:35:12 – Speaker (Craig Petty):** Claims Yigal has **"effectively got into a position where nobody can really release a ring flight, even something as different as one that's been put into an air attack because there's a patent in place to stop that."**

- **1:35:45 – Speaker (Craig Petty):** Reiterates, **"Dozens of patent applications, very few granted, and a pattern of using them to assert control over other releases... It doesn't read as protection. It read you read reads as a strategy."**

- **1:38:22 – Speaker (Craig Petty):** States Yigal **"likes making soft threats and he's very, very clever. He won't actually flat out come out and say I will, I will you know take legal action against you. He's very careful about how he puts stuff across."**

- **1:38:49 – Speaker (Craig Petty):** Directly refutes Yigal's claim that **"everything has been handled with clarity and mutual understanding,"** stating, **"No, it hasn't."**

- **1:39:29 – Speaker (Craig Petty):** Accuses Yigal of lacking ethics by stating that a creator of a product like his **"would have referenced and actually name checked Dave Bonsil and Prop Dog and Ringflight Revolution instead of just saying, 'Ah, somebody else has put a key out with a real in it before.' And not even mentioning their name. You know, you talk about ethics, you talk about uh**

**wanting to share credit. You didn't even credit the person that most people would consider to be the godfather when it comes to ring flights."**

- **1:42:14 – Speaker (Craig Petty):** States Yigal's **"replies increasingly shift towards vague legal warnings, deflection, and appeals to authority. Um, there's various different inconsistencies in his arguments... It's kind of he shifts. He changes, in my opinion, I think he changes his approach depending on what has been said to him."**

- **1:45:57 – Speaker (Craig Petty):** States Yigal's product **"was officially released as a public domain entity with no legal protection at all in February, months before the patent was actually filed."**

- **1:48:19 – Speaker (Craig Petty):** Claims Yigal's **"patents enforceability is questionable at best and non-existent at worst"** due to prior art and public disclosure.

- **1:50:20 – Speaker (Craig Petty):** States Yigal **"references Dave's method in his tutorial, but never credits him by name or mentions Ringflight Revolution."**

- **1:52:11 – Speaker (Craig Petty):** Claims Yigal's trick versus Rinky Dinky are **"identical."**

- **1:53:22 – Speaker (Craig Petty):** States Steve Sheraton's Rinky Dinky is **"a product nearly identical to Mesika."**

- **1:54:04 – Speaker (Steve Sheraton, quoted by Craig Petty):** Describes Yigal's behavior as **"patent trolling, the act of filing patents on existing ideas to intimidate or control."**

- **1:54:37 – Speaker (Steve Sheraton, quoted by Craig Petty):** Claims Yigal's product **"is actually a copy of mine."**

- **1:55:05 – Speaker (Steve Sheraton, quoted by Craig Petty):** Refers to Yigal as **"the bully."**

- **1:56:08 – Speaker (Steve Sheraton)** States Yigal's product **"is the exact same thing really"** as Rinky Dinky.

- **1:57:30 – Speaker (Steve Sheraton):** Claims Yigal's **"advertising copy was basically made it sound like he came up with, with it,"** implying deception.

- **1:57:49 – Speaker (Steve Sheraton):** Accuses Yigal of not crediting others, stating **"no, there was none of that in there."**

5

- **1:59:02 – Speaker (Steve Sheraton):** Claims Yigal **"misled"** consumers by using "patent pending" status.

- **1:59:42 – Speaker (Steve Sheraton):** States it **"seems to be a modus operandi that um that he takes intellectual property uh of other um creators and then makes patent applications and hopes that nobody finds out"** and that **"he just bullies people."**

- **2:02:30 – Speaker (Steve Sheraton):** Reaffirms Yigal is a **"patent troll"** who **"fake[s] intellectual property by stealing it and claiming it theirs"** and is **"trying to bring this kind of uh lack of ethics into the magic community."**

- **2:04:05 – Speaker (Steve Sheraton):** Calls Yigal's actions **"basically a criminal um form of weaponization of intellectual property."**

- **2:04:54 – Speaker (Steve Sheraton):** Calls Yigal **"bullies like Yigal Mesika"** who **"threaten and be narcissistic um bad people"** and **"destroys our safe space."**

- **2:09:06 – Speaker (Steve Sheraton):** States Murphy's Magic **"felt um felt probably threatened by Mr. Mesika as well."**

- **2:10:18 – Speaker (Steve Sheraton):** Accuses Yigal of using **"industrialized um and weaponized intellectual property fraud."**

- **2:11:07 – Speaker (Steve Sheraton):** Refers to Yigal as a **"bully."**

- **2:11:43 – Speaker (Steve Sheraton):** Claims Yigal **"is not going to touch that much money"** for UK lawsuits and will **"probably do is try to intimidate or take legal actions against the distributor"** in the US, implying he learned this behavior in the US, **"Not Israel. That's where he's from."**

- **2:15:20 – Speaker (Craig Petty):** Opines that Yigal **"would leverage his position and his relationship and his history with Murphy's Magic to get them to pull Airflight even though that they're not a similar thing. And even though there is no patent in place."**

- **2:18:51 – Speaker (Craig Petty):** Declares, **"Yigal Mika is the person that caused all of this,"** and states Murphy's **"would not have pulled Airflight if it wasn't for Jagel Mika coming to Murphy's and saying pull Airflight."**

- **2:19:45 – Speaker (Craig Petty):** Accuses Yigal of **"bullying and intimidated over the last 20 years because of your actions."**

6

- **2:19:58 – Speaker (Craig Petty):** Claims Yigal is **"sending soft threats to me. You've threatened Mark Bennett. You're telling him that it would be dangerous for him as a creator, as a new creator, if he doesn't tow the line and get on board with what your narrative is."**

- **2:20:36 – Speaker (Craig Petty):** States, **"The design of your ring flight is not yours. It's Steve Sheraton's. You moved a hole."**

- **2:21:05 – Speaker (Craig Petty):** Claims, **"The routine isn't yours. The routine that you claim is yours has been done for years."**

- **2:21:25 – Speaker (Craig Petty):** States Yigal **"do[es] not have a patent. You have an application for a patent. You have nothing. You have nothing at all. And yet using all of this nothing, you're intimidating people like Mark Bennett. You're sending veiled threats to me and you're putting Murphy's magic in an impossible situation… And the person that's caused this is you."**

- **2:23:14 – Speaker (Craig Petty):** Directly calls Yigal **"the bad guy."**

- **2:24:18 – Speaker (Joao Miranda):** States that Yigal **"falsely claimed that my method infringed his patents. This was absolutely untrue. It was nothing more than an intimidation attempt to make me give up on my invention."**

- **2:25:51 – Speaker (Joao Miranda):** Claims Yigal **"did the exact same thing with Sean Bogunia… And Sean rightfully won in court."**

- **2:29:47 – Speaker (Sean Bogunia):** Refers to Yigal as a **"magic terrorist"** and **"patent troll."**

- **2:35:13 – Speaker (Sean Bogunia):** States, **"it costed me $30,000 to prove that I did not steal from him. And uh it costed him a hell of a lot more money."**

- **2:37:41 – Speaker (Sean Bogunia):** Claims, **"we had found out and discovered that Yigal's patent was bogus. He didn't list any prior art of any kind."**

- **2:39:50 – Speaker (Sean Bogunia):** Claims Yigal **"had to drop the case cuz he was definitely going to lose."**

- **2:40:34 – Speaker (Sean Bogunia):** States, **"He's a he's a bully. Oh, a total bully."**

- **2:42:03 – Speaker (Sean Bogunia):** States, **"I just wish he would just get out of magic and I just wish people could buy him from him because it's like why are you doing this? Why are you harassing people over"** his products.

- **2:42:48 – Speaker (Sean Bogunia):** Recounts a mediation where Yigal **"didn't have an answer for that. He couldn't answer at all"** when asked to point out infringement, and that Yigal **"grabbed the motor pod and then he had the wire was no longer connected. He's like, 'Ah, look at this. The wires.' I said, 'Dude, you cut the wire. That's why it's broke.' Like you literally cut the wire."**

- **2:44:00 – Speaker (Sean Bogunia):** Describes Yigal's infringement claim as based on a misunderstanding of his own patent, stating **"Your patent says notch... My geometry was a slit."** and implies Yigal's patent itself **"is still bogus."**

- **2:46:31 – Speaker (Craig Petty):** Claims Yigal **"changed the narrative of exactly what actually happened"** regarding the court case with Sean Bogunia.

- **2:48:42 – Speaker (Tom Wright):** States Yigal **"was very, very intimidating"** and **"thought that he could copyright a ring being levitated."**

- **2:51:25 – Speaker (Tom Wright):** States Yigal **"didn't even know of how my routine worked. He didn't understand of how the ring or the coin could fly... And it was not even the same method as he used."**

- **2:56:35 – Speaker (Craig Petty):** Claims Yigal **"claim[s] that they own something that's been happening since the 1940s."**

- **2:59:15 – Speaker (Craig Petty):** Uses an analogy implying Yigal's strategy is **"weaponizing broken systems to generate profit. And the same seems to be happening here in my opinion. Filing patents not to protect ideas but to bully creators and create revenue through pressure."**

- **3:00:39 – Speaker (Craig Petty):** States, **"This isn't about protecting intellectual property. In my opinion, this is about weaponizing patents as a way to generate income by bullying and intimidating people and, and making them too scared of legal pressures to be able to do anything about it."**

- **3:02:12 – Speaker (Craig Petty):** Questions the ethics of Yigal's actions: **"Is it okay for someone to ring up somebody else and start calling themselves the devil on the phone? Is it okay to ring up somebody out the blue and demand $6 a unit on a trick that is completely and totally different and it's another reel that's been around from years and years and years ago?"**

- **3:03:53 – Speaker (Craig Petty):** States directly to Yigal, **"you have nothing. The design of your ring flight is not yours... The routine is not yours. It's been done for years."**

8

- **3:04:29 – Speaker (Craig Petty):** States directly to Yigal, **"you do not have a patent. You have an application for a patent. You have nothing... And yet using all of this nothing, you're intimidating people like Mark Bennett. You're sending veiled threats to me and you're putting Murphy's magic in an impossible situation... And the person that's caused this is you."**

- **3:05:39 – Speaker (Craig Petty):** Advises Yigal, **"stop weaponizing patents for your own financial gain." . . . . "for a product that's not yours."**

- **3:05:57 – Speaker (Craig Petty):** Suggests Yigal should **"go back into the tutorial and credit Dave Bonsil and credit Steve Sheraton? Or even better, why don't you actually take it and get and, and, and pull it from the market and tell Steve Sheraton, 'Hey, you re-release your product."**

**EXHIBIT C**

Penguin Magic Podcast Video with Craig Tait, discussing Craig Petty's "Desolation of Yigal Mesika."

List of defamatory statements.

Based on the "Transcript of PM Video Plain Text," here are statements that could be considered defamatory regarding Yigal Mesika and his business practices, as presented by Craig Petty and Erik Tait, or attributed to others by them:

- Craig Petty states that the situation involving Mark Bennett's Airflight and Yigal Mesika's patent application has resulted in a "deep Netflix-style documentary dive into the business practices of Yigal Mesika".

- Petty asserts that Mesika "has a history of taking legal action for absolutely no reason at all against people that shouldn't have legal action taken against them".

- Petty characterizes Mesika's actions as a "pattern of **bullying people using litigious methods**".

- Petty states that Mesika **"never even seen the bloody thing in ever"** when referring to Mesika's claims about Mark Bennett's Airflight design.

- Petty indicates that Mesika put Mark Bennett "into a position where unless he gave him $6 a unit, pulled the product, gave him a credit, then **legal action was threatened**".

- Petty claims Mesika "doesn't have an enforceable patent" but rather "a patent application," and that the application "doesn't really mean [_____]" and "definitely doesn't give him the right to go and demand $6 a unit from Mark Bennett and and put Murphy's Magic into a position where they feel like they can't stock airflight anymore".

- Petty suggests that Mesika's patent application "probably won't" be granted, noting Mesika "has over 30 patents that he's applied for over the course of the years. **Hardly any of them that get granted.** And the ones that do get granted, **he just he allows them to expire**".

- Petty contends that Mesika's product was "commercially advertised on the Magic Cafe up to a year and a half before the patent was even filed," which, from a prior art perspective, "does not put Eagle in a very strong position at all".

- Petty asserts that Mesika **"doesn't have a new design. It's basically rinkey dinky with a few bells and whistles, but he doesn't really have a design. He doesn't**

**have anything. So, what does he have? He has nothing. He has smoke and mirrors. He has misdirection in my opinion"**.

- Petty describes Mesika as a man who, "at best, in my opinion, is a **narcissist and an egomaniac**" and "has a documented history over the last 20 years of using **fake patents and patent applications and legally bullying and intimidating people** to try and force his will onto them".

- Petty also suggests that Mesika's actions have become "part of his income generation scheme".

- Petty recounts a comment Mesika made on his video, allegedly stating, "your last name says it all. You're petty. You're just trying to uh get praise from a bunch of amateur magicians and he will do what he always continues to do which is to make history". Petty finds this insulting, particularly the dismissal of amateur magicians who are "the lifeblood of this industry" and buy Mesika's products.

- Petty believes Mesika sent privacy complaints to YouTube to "shut down this video" and to "control the narrative".

- Petty states that Mesika has a history of not crediting other creators, specifically mentioning that he never credited Dave Bonsil or Rinky Dinky on the tutorial for his ring flight, despite mentioning "another guy in England that put a a ring flight in a key".

- Erik Tait shares his own personal story of Mesika allegedly **stiffing him on payment for writing ad copy and instructions 15-20 years ago**, stating Mesika paid for only four out of 16-18 pieces and then told him to "lawyer up" when confronted, even though Tait was a "25-year-old college graduate" at the time .

- Petty, in response to Tait's story, comments that it "creates the pattern of somebody who **just loves money**" and "it's all about money. He likes money. He wants as much money as possible" .

- Petty states that Mesika is "the most litigious person in magic who's got a habit of habitually suing people" .

- Petty asserts that the way to deal with Mesika is to "stand up to them" and "vote with your wallets cuz the guy loves money" [1:00:13, 1:01:12, 1:01:19].

- Erik Tait summarizes that Mesika's actions are **"used in an abusive way"**.

2

**EXHIBIT D**

@timmyvie

8 days ago

I will not be buying any Mesika products ever again

28

Reply



@HugovanAmersfoort

11 days ago

As Dai Vernon said in that old movie :"Are you in it for the money or are you in it for the magic ?"

23

Reply



@Masyebra

11 days ago

I have a lot of problem with Mesika because o my Spanish brand of it. He almost bankruptcy me, bullied me and threatened me.

42

Reply

2 replies



@dmontes133

11 days ago

BOYCOTT MESIKA PRODUCTS! The only way to get true justice. Get him at the most important thing to him, his money.

76

Reply



@unclejoe7958

10 days ago



Not sure if this is allowed, so I understand if it's deleted. Penguin magic Ties (loops). $5 for 10 ties or $20 for 40 ties ! Plus a 2 hour tutorial. Great strength, elasticity and invisibility.

26

Reply

2 replies

N

@NOYFB982

10 days ago

A pending patent is not a patent and carries no legal standing. Those two are just not the same. Moreover, not only will Mesika not get a patent due to prior art, if he did not list the prior art, that is inequitable conduct (technical term) and even legitimately patented products can lose protection, and there could be other damages that need to be paid by Mesika. Mesika's products should be boycotted. Period.

22

Reply

2 replies



[@ChrisEdwardsMagic](#)

[11 days ago (edited)](#)

Haha, "the structure of my routine has not been achievable with any other ring flight on the market".. Meanwhile, its achievable with EVERY other ring flight on the market. I've done this long before I had Mesika's ring flight. Reel or no reel. I've had participants hold pro flite, flite and ring flight revolution. RFR can be fairly bulky in comparison but even then.. Its still easily done! Wow.

30

Reply



[@DesigningEmotionalMusic](#)

[11 days ago](#)

Well done Craig for standing up for small creators

38

Reply

1 reply



[@sydbeckman6088](#)

[11 days ago](#)

As a law professor who has taught IP for a long time - this position of Mesika is disappointing. He has historically been a bully and has done this for years. Rinkey Dinkey was one of my first tricks ever. Now I want to buy one of your airtags. I personally stopped buying anything associated with Mekisa after he bullied Subdivided Studios. Tell me how to order one and I'll order one now.

29

4



@daanblankers7973

11 days ago

I bought ring flight from Mesika, and actually love it. But that was before I saw this, and it's quite a shocker. I'm never buying anything from him again. This man deserves a boycott on his products. Thank you Craig for opening my eyes. I'm not a creator, I always support the creators. But he steals a concept or a product, and makes tons of money on it, while the original creator is left out. That's so f*cked up.

21

Reply

5 replies



@diamondjimtyler

8 days ago

I kept waiting for Chris Smith's DEPARTURE to be referenced as predating these later versions

8

Reply

2 replies



@spacehacker1999

11 days ago

My opinion: regardless of the consequences any dealer not boycotting his products after all this needs to look their own ethics rather than Yigals, "leave the devil to his own devices"

Reply



6



Reply

@Manngregor1
11 days ago

Never in a million years would I have thought that the air tag ringflight is a stolen idea. Everyone can put a reel into anything, a patent on a reel is ridiculous.

13

Reply

1 reply



Reply

@thejokersyoutube
12 days ago

I've been wondering why I should buy T.I.E.S. instead of loops and never found a good reason until now.

51

Reply

23 replies



@pauldavies689
11 days ago (edited)

He stole the Steve Pearson cigarette hookup for tarantula. Said he had permission but know that there was beef there

17

Reply

5

1 reply



[@ianwalton389](#)

[5 days ago](#)

You are a good guy Craig!

6

Reply



[@DavidM-lj5yv](#)

[10 days ago](#)

Ties, not Loops from now on. And no more Mesika products for me.

8

Reply



[@TossingTheBroads](#)

[11 days ago](#)

Ill never buy anything of Yigals after this

14

Reply

2 replies



[@joepiseski3692](#)

[10 days ago](#)

I believe in the wisdom of "vote with your feet". For this reason I will continue to support ethical creators & producers, and continue to avoid anything from Mesika.



5

Reply

@vengeanceXO

10 days ago

this guy literally ripped off Rinkey dinkey



Holy cornball
and now wants rights for air flight lmao

10

Reply

@FreddotheWheelchairGuy

10 days ago

If you don't have 3 hours to watch this video, then skip to 2:53:09 to hear Craigs epic closing monologue! Fantastic work mate - your passion for this is clear and I applaud you for it

18

Reply

@Brythemagicguy1

4 days ago

7

I just threw out all my yigal products. Even if he fixed this whole situation I will Never buy his stuff or recommend it to anyone ever again. I will be buying mark bennetts air flight as soon as I can as well Screw yigal and people like him. He cannot fix 20 years of reputation

3

Reply



@sagdaser

7 days ago

Not a lawyer. On the other hand, I've had to deal with intellectual properties as part of my career in writing, editing, and design. So let me clarify something here. This video uses the terms "patent" and "copyright" interchangeably. They are totally different things. Patents, simplistically, are for innovative physical objects. Copyrights are for expressions of ideas. Patents have to be filed for and approved by the patents office. Copyrights exist the moment an idea is set down in permanent form, registered or not. Most importantly, magic apparatus, if deemed original enough by the patent office, can be patented. Magic tricks cannot be copyrighted. However, original presentations of a trick (script, etc.) can. A truly original effect can also be copyrighted as a dramatic work, as is the case with Teller's effect, "Shadows."

2

Reply

1 reply



@benmatthewboundlessmagic

4 days ago

Just bought Air Flight from Monster Magic out of it being pure superior product, routine, ethics marks demonstrated, and I love marks stuff so want to support him too through this too!

2

Reply

8



@dmontes133

11 days ago

Unfortunately, YouTube is full of people who expose magic tricks without permission. Also sites who show people how to make magic tricks without permission. Like a YouTube site called, 'Let's Make Magic'. They show how to build magic tricks without permission.

5

Reply



@michaelliptak3908

10 days ago

Thanks so much for making this post. It's clear you did this cuz you love magic and the community. Yigal is using his status as a weapon to control people and creativity. You are very thoughtful how you explained this situation. Thanks again for having the guts to stand up to this tyrant.

4

Reply



@Time4Lunch902

5 days ago



Glad this is back up                    Keep fighting for he good fight.

3

9

Reply



@cedrichediard

12 days ago

Rinky Dinky is great. I bought many of it many many years ago. I always perform with it!

6

Reply



@mafiaValor

4 days ago

I'm giving away my tarantula gimmick due to this...disgustingly childish bs from yigal...I removed it from my edc and he deserves to know that we don't stand for this behavior as magicians...preying on people and their own intellectual property for the sake of money when you don't even credit people on your own tutorials? Irrefutable evidence of your mental health. Yigal...if you see this...you are no longer wanted in our industry. Get a new job bud...

2

Reply



@BAGWIZ5426

4 days ago

I've got sad news for Mesika and anyone re-creating ring flite... keys and key rings are on the verge of becoming extinct. My car and my home's front door both lock/unlock with my iPhone. I'm basically down to a mailbox key and that's it. The fundamental elements of this controversy aside, it's only a matter of time before all keychain-based ring flites are obsolete.

1

Reply

1 reply



[@matejrotovnik6979](#)

[10 days ago](#)

Insights like these are essential for the growth and integrity of the magic community. Thank you Craig for having the courage to shed light on the inner workings behind Yigal Mesika's practices, transparency and truth are vital for the future of our art. Your contribution to the world of magic is truly priceless, not only because of your remarkable knowledge and creativity in developing new magical effects, but also for your dedication to education and to connecting magicians around the globe. Through your work, you build bridges between generations and cultures, keeping magic alive and deeply inspiring. Keep up the amazing mission.

6

Reply



[@misterwizzerd](#)

[9 days ago (edited)](#)

I have disagreed with some of Craig's reviews and I don't care for all of Craig's releases. I do, however, appreciate Craig as a reviewer and a creator. After watching this video, I have a whole new level of respect for Craig. I don't think I've ever watched a 3 hour YouTube video, but I watched this thing beginning to end and I'm really grateful Craig put this video out there for us all.

6

Reply



[@Dr-Brown](#)

[10 days ago](#)

Vernet put out a reel-less ring flight decades ago. It used a chain, which was centrally positioned, and the method was specifically designed for that presentation of giving someone the keys, then vanishing the ring and finding it with the keys. It wasn't a great version, but it's got a lot of "prior art".

3

Reply

1 reply



@dmontes133

11 days ago (edited)

Yes,unfortunately, at any time, not just now, money dictates all decisions.

3

Reply



@xackerruneta7316

10 days ago

The magicians' performances in the circus are always replaced by the clowns' performances. Mesika confidently occupied the clowning niche. Selling overpriced threads pulled out of underwear and making a patent on them. I think even Val Valentino got less hate in its time) Thank you, Craig, for having the courage to expose for everyone this character.

2

Reply



@DadBodDrumming

11 days ago

I got Rinkey Dinkey when it first came out. It is still one of the most practical ring flights imaginable. My first Mesika product was the thread loops. I bought them when he first came out with them under the name "Invisible Rubber Band". They are still one of the most practical inv thread applications. Sad to hear he literally went off the deep end.

2

Reply



@DadBodDrumming

10 days ago

You can't claim a patent on a suggestion in a patent. In other words, you can't say Im patenting a reel in a key and then say in the write up that the reel can also be used in an airtag and expect that patent to cover the airtag version. Otherwise he could say, im patenting a reel in a key and oh yeah you can use the reel in a jacket pocket or on the jacket lining. And suddenly everyone using a reel would be breaking the law by infringing on his patent. Each other use mentioned would need to also have its own separate patent.

2

Reply



@EricJustinSmithJr

11 days ago

I didn't know what this video was going to be about, but I'm glad I watched it! Legal-Yigal is definitely a bully, and that's the most polite word we can use. Behavior like this should definitely be exposed to HELP future creators and hopefully deter future bullies. Great job Craig!

9

Reply



@benlevymemorablemagic5096

13

[10 days ago](#)

Steve Sheraton comes out with so much credit from this video. What a smart, eloquent and insightful guy. The biggest criminals in all this, ultimately, are Murphy's Magic. Zero ethics, all about monopolising and monetising.

6

Reply



[@DadBodDrumming](#)

[10 days ago](#)

Too bad this isn't happening in the US as once a product is introduced to the market, their is a certain amount of copyright protection that automatically happens. Because now you can prove in court that your idea was available to be stolen by anyone.

2

Reply



[@graemeshawmagician](#)

[10 days ago](#)

Craig, have you looked or spoken with Chis at Magicsmith? He has a ring flight in a remote on a key fob called departure. Been around a long time. We have stocked it at Magicbox for many years

3

Reply



[@Highlandmagician](#)

[4 days ago](#)

I complained or enquired rather when the mesika rung flight came out wasn't it just the same as someone else

1

Reply



@MisterRobert101

10 days ago

This kind of legal action happens a lot in the music business as well

3

Reply



@jimp711

11 days ago

Thank You Craig for giving us all the information on this! I think all of us have at some point have a product that Yigal has "created". After seeing this it gives me, as well as whoever else sees it a whole new perspective on the person Yigal is! I am very surprised to hear some of these facts and at this point I will never spend another dime on any product that has his name on it! Magic has many great creators. People like Yigal, only hurt this community. It is time all these injustices are exposed! Great Job Craig!

9

Reply



@4MEStudios

5 days ago

When the light of truth shines, it exposes how ugly the dark really is. This is truth based on facts. Even no name me has had a negative story.

1

Reply



@DrEdBlitch

11 days ago (edited)

I would love to see all magic creators pause their current work and all work on releasing an effect using IT. Maybe overwhelming the small devilish man can make him face the reality that his presence in Magic is actually insignificant. I hope Mark is at MagicLive so I can buy an Air Flight!!!

5

Reply

1 reply



@megalantern13

9 days ago

And when it comes to patents, it's necessary to know that unless it is an international patent, it is likely going to be a patent for a specific country, so even if he had a patent, it would likely be only for USA and no include the UK at all.

1

Reply



@flamingphoenixscorpio

5 days ago

Is it possible Medina has bullied Finn Jonn with the Loops?

3

Reply

1 reply



[@pepsiaddictgaming](#)

[9 days ago](#)

I haven't liked him for many years, so don't blame this video for myself and others not buying your products, Yigal! Blame yourself!

1

Reply



[@ChiliFPV](#)

[10 days ago (edited)](#)

I am very happy with the loops... I am very happy with electric touch... I am not really happy with tarantula... And I am so unhappy to hear from this case here... I don't like Apple - so is there another way to support him without buying Mark Bennetts Reel? Does he has other gimmicks or tricks?

3

Reply



[@AniJedi](#)

[2 days ago](#)

Me thinka no Mesika products in the future.

2

Reply



[@ernieoporto](#)

4 days ago

Thank goodness Craig stands up for what's right! Going on to buy Air Flight right now just because! Boycott Me$ika.

1

Reply



@Ken-Thomson

10 days ago

Yeah this is simple. There are many other products that can fulfill the needs of the magic community. I will stay clear of this guy's stuff and sleep well at night. In real life, villains often don't realize they're villains...this one does.

2

Reply



@wonderamalandfamilyfuncent2689

9 days ago

Yigal Masika! cease and desist! You are to stop refering to yourself as the Devil. from the desk of Mephistopheles

2

Reply



@petehopkins6836

11 days ago

Easily the best video you've made

11

18

Reply



@LodgeOmarunui216

4 days ago

Sadly Mesika h As created a situation that will spillover into the non magic world. Too many non magicians will learn of ITR's and further the damage being done by the click bait exposers who do anything for viewing numbers. But I've only been at this for 60+ years.

What would I know        Well done Craig. It needed saying and you said it well.

1

Reply



@anthonywaldmyer383

9 days ago

With Mesikas logic if you fill out a job application on Friday you can start showing up for work Monday morning without officially being hired.

5

Reply



@chrisjamesmagic8396

9 days ago

We have stock of airflight in the UK and US warehouses. I wouldn't promote it if it wasn't actually a great effect.

6

Reply



**@RDGTEX**

**11 days ago**

I used to interact with Steve Fearson when he had his online magic store, having purchased all things Cobra and thread related from him. Around the time he released The Pod, I think I emailed him that I sent him a Cobra remote he replaced. His response was rather odd, and to this day, I have never gotten an explanation or heard from him again. What he told me is he was getting out of the business for good, and I really didn't need to send it back. Now I wonder if Mesika got to him. What on earth does this man hope to gain by doing this? Why can't he be happy enough that he has profited greatly off of the derivative works of so many giants?

Reply



**@lbmagic8353**

**9 days ago**

I think as someone who has supported mesikas work and think he is a genius when it comes to creating new concepts, this really through a curveball, a complete adult acting like a child because some one had a better idea then you for a concept that has been round for years! Come on now like not only are u ruining the magic for the community and destroying the reputation of other creators but your just digging a deeper hole for yourself, yes ofc creating magic is a business and blah blah blah, but if having to create false patents to protect your ideas is ur way of creating a influx in revenue that is a serious issue, as a student in school, plagiarism is kinda the same thing, if some one has a creative way of thinking that follows the concept or ideas of past, this is just the evolving community not someone infringing on alike ideas . Like grow up and if it is really a issue why don't you combine both of your minds and release the product together, maybe you may make a buck or two more!

3

Reply



@jonjonesmagic

7 days ago

Massive respect to you for doing this. Couldn't agree more about defending creators. Ed Sheeran had a similar problem in his court case. The gist of which is that you can't patent a chord progression and trying to do so will destroy the music industry

2

Reply



@MrSyggi

8 days ago

Craig....good job. You are fighting good fight.

5

Reply



@tomholbrook5352

7 days ago

I have never NOR will I buy a product by YM

4

Reply



@TrueHauntedStoryTeller

11 days ago

Just ordered a bunch of TIES thanks yigal for making me switch much easier



4

Reply



[@DesigningEmotionalMusic](#)

[11 days ago](#)

If he made his own ring flight available publicly before filing the patent then it's been publicly disclosed and he shouldn't be able to patent it ...

9

Reply

2 replies



[@RaisedAce](#)

[10 days ago](#)

I think Nick Einhorns ring flight puts the keys in their hands too

3

Reply

1 reply



[@magiclabHdemy](#)

11 days ago

Illygal Mesika

5

Reply



@SeanDoesMagic

10 days ago

Theres drama like this in the magic world? This is crazy

1

Reply

1 reply



@mkretovru

10 days ago

Thanks for the video and for raising this issue in the magic industry.

1

Reply



@Frightnightproject

11 days ago

Wont be using loops ever again ! Mark you fight this and do not let this goof get away with this typical behaviour Great video and documentation! Chris smith

23

12

Reply

3 replies



@AirheadPranks

3 days ago

I can't decide…. Yigal Me-Sue-Ya, Not just a magician—he's a litigation illusionist. Or Legal Mesika, His next trick? Turning invisible patents into full-blown lawsuits. It's honestly just



ridiculous.

Reply



@JamesKennedyNet

5 days ago

I have experienced something similar in a much smaller scale, people have small minds sometimes but we all learn new routines using exsisting handlings and methods we all needs a magic foundation to springboard from.

Reply



@Tommy_J.

8 days ago

Wehn the dealers not helping to boycotting Mesika, then WE AS A MAGIC COMMUNITY

SHOULD DO IT  Wehn we as a

community not bye the products, we have POWER
You absolutely correct @Craig Petty

Reply



@justgreatmagic

4 days ago

You can say it's not Murphy's fault, but they made the mistake with Rinkey Dinky. When I saw Mesika's Ring Flight, I thought, oh another one of those. It wasn't new.

Reply



@williamharrison6134

8 days ago

Not a central question, but when an application for a magic product reaches the patent office, how well prepared are those in the office to evaluate the application?

Reply

1 reply



@MastersofCriminology

10 days ago

Surprised someone hasn't turned it into a key fob yet, since most have a key fobs.

1

Reply

1 reply



@grahamhickman1520

12 days ago

has any creator ever applied a patent on any effect they have created, I doubt it very much, if you say you have Prove it. issue the docs to support your claim in with the item you are selling.

4

Reply

9 replies



@SupernovaSymie

9 days ago

I'm thinking about creating a sprung reel inside a sharpie, that also has a motorised reel and a holdout for thread loops & wax. I'll probably call it the 'Loopy Spider Flight'... Its such a unique concept and nothing similar exists. Of course Ill credit Yigal for such a ground breaking device.....

1

Reply



@RufioRush

26

[10 days ago](#)

Lol, even Craig's reporting is over 3 hours long. What a legend. The king of value.

6

Reply

1 reply



[@MisterRobert101](#)

[10 days ago](#)

I have been inventing Magic since 1984 and have never patented/ copyrighted any of my material. I know that some of my mayerial has been copied and sold behind my back without even giving a credit. Its unfortunate but that tyoe if behavior comes back to bite you and harms your reputation.

Reply



[@abbakidabramagic](#)

[12 days ago](#)

How do I get on the waiting list?

1

Reply



[@ky03le02](#)

[10 days ago](#)

What about reels used in everyday businesses and industries with ID and security badges? Is he going to sue the manufacturers of those reels for "stealing his patent"?

1

Reply

2 replies



[@CalebDamico](#)

[10 days ago](#)

Your Passion for the good of the magic community is contagious and INSPIRING!!! Thank you Craig for standing up for what is right no matter the cost!!

2

Reply



[@cryingscotsman](#)

[10 days ago](#)

Great video but I don't necessarily agree with the absolute let off of Murphy's. You could say that the ball is in their court - not Yiegels as it's totally in their control if they distribute it or not, but I can totally understand why they would hold off distributing more until the situation is resolved (or clearer). What's more concerning is them ignoring the issues when they were informed about Rinky Dink - and, the truth is, there are numerous examples of copied products being picked up and distributed by Murphys even after they are aware of the issue. It's strange, and would be great to hear from Murphys why they decided to take a different approach when it comes to Yiegel. I really don't think it should be "they're just a family business, you can't blame them" as they do have a responsibility as the biggest distributer in the world.

5

Reply



[@NOYFB982](#)

[10 days ago](#)

Mark will very likely be able to get damages from Mesika. Those may not just include money, but also Yesika being forced to publicly acknowledge that he has no patent and be enjoined from future bad conduct.

3

Reply



@spenstewsmith2305

10 days ago (edited)

Where can I buy an air flight, Found one, alakazam

1

Reply



@RadioManJ

11 days ago

i am quite new to magic, and had no idea about any of this. Releasing this video must have taken courage, because you are potentially getting into a fight with a bully. From my side I can only express respect for your choice, stay strong.

3

Reply



@jamesmcconaty8575

11 days ago

Great video Craig for doing a deep dive on a subject most of us have never had any experience in. Thank you for taking the time to lay this out in such a well organized manner. The guest video appearances added so much credibility to the situation Mark is facing. I hope Mark prevails!!

3

Reply



@francismcallister5243

8 days ago

I was never a fan of loops

Reply



@labibmalik6861

8 days ago (edited)

Guys.... Dont forget .... He was granted the patent & Rights from God 3000 years ago!



5

Reply



@anthonykinder3636

10 days ago

If you couldn't change the design of something everyone would be driving a black ford.or only using the original deck of cards He needs to move on and get over it, be happy that the magic is growing moving on adapting and improving. I met Marc in Blackpool what a guy he is , top dude

Reply



@MisterRobert101

11 days ago (edited)

What does YM do when the Chinese steal his ideas? I guess creators will need to apply for patent pending. However note that a patent application is not a granted patent. A patent pending as I understand it is just a deterrent for other creators to beware.

Reply



@jacksonbollock

10 days ago

Great video. Thank god someone has common sense and moral standards in the magic community. Now for the video on Mr Blonde and other magic bullies!

4

Reply



@FreddotheWheelchairGuy

10 days ago

I was on the fence, but now I'm definitely oredering an AirFlight - I believe alakazam stock them now, and they are a great supplier, I've always had great customer service from them and prompt delivery. Cheers Craig!

Reply



@StagecraftGospelMagic-jb2ww

9 days ago

Like the app development I messaged you about earlier Craig. Big names shutting me down.

1

Reply



@markjones5843

11 days ago

I don't understand the problem. Is a car patented? I don't think so but maybe the design, engine, tyres, and so on but I can design a car, engine, gear box...... I'm sure it won't be passed patented.

Reply



@chrisbacchus5893

11 days ago

craig better be on the airflight tutorial ! :D

2

Reply



@herbert_g_ozbod

10 days ago

Not advocating it, but I could see '86YM' t-shirts appearing in the magic community



Reply



[@JoelMeyersMagic](#)

[9 days ago](#)

My goodness. My heart goes out to all of you effected by this. This isn't ok

1

Reply



[@mafiaValor](#)

[4 days ago](#)



"Ryland doesn't f-ing drive"                the giggle I got from that was a good reset bc
I was getting pissed...

Reply



[@chrisbacchus5893](#)

[11 days ago](#)

Thanks for this Craig.

6

Reply



@seatnikcell8748

4 days ago

מתבייש להגיד שאני והוא מאותה מדינה או שפה פשוט ביזיון. אבל אני לא מתפלא משום דבר שראיתי או שמעתי בסרטון הזה. תמשיך לעשות מה שאתה עושה קרייג, תודה (:

Reply



@kubacks

11 days ago (edited)

I appreciate your passion for the magic community. Thank you for sharing all of this. I've watched this twice now. I'm really grateful for your work and passion on this video, Craig. I sincerely hope that the outcome will be a positive one.

3

Reply



@majiklll

9 days ago (edited)

For old man Sean B to cry about "credit" and "rip off" is hilarious because years ago before Don Wayne passed away he never received a dime for his Dancing Hank from Sean B which was promised. The idea was takin and money was made with new concepts applied. At least Yigal took care of Fin Jon in regards to "Loops". Its called respect and common decency folks.

Reply

6 replies



@tomwinder4402

10 days ago

34

How do both Ties and Loops exist if he is this bad, those two actually are pretty much the same thing??

Reply



.

2 replies



@Highlandmagician

4 days ago

I have used dave Bonsall ring flight for years which I felt at the time yegal had ripped of which is why I contacted supplier to say this is just the same but a little smaller, I like marks idea of putting it in an air tag we should all just go buy marks to support him

Reply



@kaydanstrider253

4 days ago

Thats a shame. I like yigal

Reply

T

@TheGreatGranini

10 days ago (edited)

I am not a fan of this video. I am also pretty certain that Mr. Mesika is not a guy that I want to meet. However, the statements made with regard to patents appear to be to a high degree incorrect or at least misleading. Rather than pointing out all the errors and misconceptions, I just want to note that what you really do to assess a patent infringement is that, in a first step, you look at the claims, feature by feature, and compare it with the

35

allegedly infringing device. I saw a lot of text messages on my screen, I saw a copy of the title page of the publication etc. but no copy of, e.g., claim 1 of the relevant patent application. Did I miss anything?

1

Reply



@BenziTrain

10 days ago

This is a pretty damning video. Thank you for sharing this Craig!

3

Reply



@miketamburino1145

10 days ago

In the exploiting other peoples Magic is also shouldn't be legal like all magicians do it all the time even on TV or want to exploit their own magic like parent dollars bullet catch I think this is very rude

Reply



@magicdmitry

1 day ago (edited)

LOL, I guess I found an answer to my dilemma: Spider Pen or Tarantula ;)

Reply



@chrisbacchus5893

36

11 days ago

Craig in the beginning you say murphys didn't pull the item, yet when reading YM texts you said they did? Can you clarify?

Reply

.

2 replies



12 days ago

@misterliquidcity

3

Reply

Looking forward to seeing this I had no idea about this.

S

@sc24evr

11 days ago

1

Reply

.

Big fan. Love your videos. But this one was tough to watch as I am a patent attorney lol. So many many thoughts....

1 reply

37

@DanVoakesmagic

8 days ago

Bang on Craig. Great that you've made this video. Like you said it stops the little guy from even thinking about creating an effect

1

Reply



@miketan5876

10 days ago (edited)

Murphy magic should do the right thing and continue to bring in AirFlight by Mark Bennett

3

Reply



@AlešRozsíval

10 days ago

Everyone steals magic ideas from others. When I look at the magic shop once a month for new items. I know I've seen it somewhere or I already have it in my repertoire, bought many years ago. It's interesting that you didn't notice Mesik's levitation stuff before. He's had it on the market for at least 20 years. But you're making a fuss about it.

2

Reply

1 reply



@xor5000

8 days ago

But guys! Yigal invented the piano tie necklace! HE INVENTED IT!

Reply



@scottdeyett7840

9 days ago

Jesus... what an absolute mess this situation is. Amazing video documenting all of it, but man... pure BS that Yigal's pulling this nonsense.

2

Reply



@bernieamler

4 days ago

I remember that it was about a year ago, or maybe more, that Craig was in the same



position as YM. Good luck to both of you.

1

Reply



.

1 reply

F

@francismcallister5243

39

40

8 days ago

3 hours holy smokes

Reply

@cwhite8023

9 days ago

Great video Craig. Hope something good comes from all of this. Cheers.

1

Reply

@amongthespirits

10 days ago

Well done Craig!

2

Reply

@louisjackson4634

8 days ago



Reply



@jonjonesmagic

7 days ago

Also ye I've never done ring flight for the express reason that I don't drive and can't justify



why Id have those keys in my pocket

Reply



@mentallmagiconashoestring

9 days ago

Well done, Craig, great work and thank you for your love of magic and helping creators :)

Reply



41

@johnreynolds1076

8 days ago

Great documentary style video Craig! No idea this stuff was happening. Yigal seems, based on this information, a terrible guy and will never buy any more of his products unless he changes his ways.

1

Reply



@condocord7544

10 days ago

Great video. A+++double plus!

2

Reply



@Stan_dart

11 days ago



#banger

Reply



@YigalMessika

10 days ago

42

Taking a screenshot of all of the comments. See you all in court. Craig, I'll see you in the food court mate

6

Reply

4 replies



@Tardvark

10 days ago

Please fix your audio Your audio is WAY QUITER than most YouTube video. If I'm listening to one of your videos as I drive, the GPS voice is twice as loud as your video. Please just make the volume louder in your video editor

2

Reply

1 reply



@andrewscott1949

11 days ago

well said Craig!

1

Reply



@matincdk6965

11 days ago

Wonderful work Craig

1

43

Reply



@sirrealasmr6252

8 days ago

Listen, I'm not gonna lie, when it comes to Mesika ring flight and mark bennets....I did find similarities between them. I own them both. I mean, it's essentially the same thing without the little metal key portion sticking out. Yeah Mark has the app. Different presentation. It's a tough one. Did Yigal use ideas from previous key ring flights....i won't debate that point. What i will say is i believe it's time for magicians to start seeking patents for their ideas like....normal inventors.... Think about it...really. How many creators complain their ideas have been stolen? Tons. Every week theres a new drama. Maybe this wouldn't be happening if magicians protected their ideas with patents. Then if you want to evolve something...you need to really evolve it...not some little change that makes 1/10th of a difference and then the idea is marketed as something new or improved. I won't defend or attack the current drama between these men. But i really do believe copyrights are vital. It shocks me that more magicians haven't done these. They should. Unfortunately you can't count on community ethics...you just can't.

1

Reply

3 replies



@ClubMagicoMiami

11 days ago

Love my Ring key Dinkey

2

Reply



@SebastianBlickby

44

10 days ago



Wow! The shit just hit the fan!!

1

Reply

1 reply



@tatumcrossett-ht7km

9 days ago

Omg. Are you serious. Yigal has great customer service. My husband buys magic frequently and Yigal always tells him to have a look at other brands/company's versions before buying his own one. He is thoughtful and kind. I myself absolutely love loops and ties. In my opinion loops are better. Y'all need to quit with the trolling and twisting. It's ridiculous. You are adults not children. Y'all should all be working together to create the best for customers.

2

Reply

4 replies



@cemetariel666

9 days ago

Yigal also has the best customer service out there

Reply

2 replies

45



@dmontes133

11 days ago

I've never had an issue with the McDonald's ice cream machine, ever!

Reply

@ClubMagicoMiami

11 days ago



Reply



@cemetariel666

9 days ago

46

Yigal Mesika is a good person and good friend of mine. Y'all need to stop talking sh!t about him. His products are some of the best and his one of the nicest beings out there.

1

Reply

5 replies



@KnightFallAudio

9 days ago

I'm actually a huge fan of Yigal and his products. I'm not really interested at all in the personal drama. There are people who don't have very nice things to say about Craig petty as well. Nobody is perfect. Can't imagine this will affect my purchases at all. I'll still be buying Yigal and Craig petty effects.

Reply



@davearmstrong5431

10 days ago (edited)

Feeling better Craig? Magicians Destroying Magicians. Who's next? Three Hours of Rant is almost a record for you …

2

Reply



.

3 replies

G

@gazlawrence3643

47

11 days ago



Bennett is a complete wrong un I cannot stand the weasel Gaz

1

Reply



.

8 replies

I

@9freesolo

11 days ago

Another video of pure hatred of Craig Petty. Since many years he's well known for his hatred...

2

Reply

5 replies



@AriezeKanji

10 days ago (edited)

Great job shining a light on this from all angles. You're absolutely right, Murphy's is a victim as well here. As a community we shouldn't stand for new creators getting bullied. We also shouldn't be using Murphys as the scapegoat for everything. This is all caused by a patent troll and I completely agree that the community shouldn't allow this stuff to slide. Between Get Smarty and Noble One, I haven't been disappointed with an MB product. I'm glad that

he stood his ground as an airtag ring flight makes sense in 2025. I'm very curious, was the Sean Bogunia/Yigal Mesika lawsuit well known at the time that it was happening? Or was it only known by the people involved?

1

Reply

**EXHIBIT E**



[@clayton9580-y7d](#)

[10 days ago](#)

Thank you Eric and Penguin for covering this story. Out of character for the podcast but loved it more than most of the episodes.

6

Reply



[@OBrienMagic](#)

[8 days ago](#)

Glad you are continuing to share this as things can only get worse from here if it doesn't face any pushback. So good on you two for continuing to spread info and remain transparent.

3

Reply



[@jeffthornley5434](#)

[11 days ago](#)

Just be a stand up human being, that simple !

7

Reply



[@Stan_dart](#)

[9 days ago](#)



Eric, thank you for this Podcast!

2

Reply



@matejrotovnik6979

10 days ago

Thank you Erik.... :-)

4

Reply



@dmontes133

9 days ago

Thank you for this! Great video!

2

Reply



@seanfaherty

10 days ago

When I heard Mr Tait's story all I could think is what would Jimmy Grippo or Tony Gorgio do in a similar situation ? - it wouldn't go good for Mr Yesika

3

2

Reply



@Brythemagicguy1

9 days ago

If yig actually wanted to do the right thing and take accountability im sure Craig would happily do a respectful interview with him. Just like he and unbiased magic were able to

1

Reply



@Pachin231

11 days ago (edited)

Magic has been around for hundreds of years. If every magician had a patent for their trick then magic will be very limited and would scare away many creators. Less creators less customers. It is sad that this is happening. Magic is not dying . We are killing it.

7

Reply



@misterliquidcity

10 days ago

Ok i just about died when I heard you mention Loki Kross. I know him personally; we actually were roommates years ago. I remember when he left Indiana to pursue magic and moved to Vegas. He is a good dude, and if he said it I 100 percent believe it happened. I have [probably known him personally for over 3 years!

3

Reply

3



@bedheadboy

7 days ago

to be scared to tell the truth is really sad. it sucks he has so much power to silence people.

1

Reply



@Drtoddcooper

11 days ago

I agree that Penguin Magic should have been included for the fism podcast award, Erik Tait puts so much effort into these and they are really high quality. Thanks for doing these, I wish mine was even as close to as good as yours.

5

Reply



@gullion111

5 days ago

Everyone stop buying anything Yigal Mesiks has for sale and he'll change his evil ways... Magic dealers do not stock things that don't sell.

3

Reply



@DerickMagic

8 days ago

I'm not going to buy another YM stuff till he apologises

3

Reply



@dmontes133

9 days ago

I think, as magic buyers, we should ALL boycott Mesika products! Hit him at what he loves, his wallet.

5

Reply



@phil.c.

10 days ago



Ym made history, as a complete c..t.                              . Hi ym.

4

Reply

@Anidoesstuff

9 days ago

Michigan magicans stand behind Craig petty.. every magician I've met in michigan supports Craig petty side unanimously... Shame that such drama is involved within the magic industry. You would think magcians would have more respect for each other. Only thing

yigal has achieved is damaging his character amongst his peers and eventually the layman..

2

Reply



@seanfaherty

10 days ago

I think the problems of congruent invention are inevitable with prolific creators like Mr Petty or Mr Sankey. I've done it too and I'm a talentless hack.

1

Reply



@phil.c.

10 days ago

He get his.

Reply



@mikeonthebox

10 days ago (edited)

Craig said it's "His opinion" but then he says "It's facts" Then it's facts, and not just his opinion. RED and now Savant deck are perfect examples that you don't need to be "original" in magic when coming out with products. Copying ideas in Magic and taking the work of others as a foundation happens all the time.

2

Reply

1 reply

6



@eriktait434

10 days ago

Craig has addressed RED before. Savant deck is a different story. That's a case of two creators using parallel thought to come to the same principle with very different approaches. Craig has actually worked with other creators to make everyone whole in both situations.

4

Reply



@ky03le02

10 days ago

28:30 I hope to God this actually doesn't happen. If it does, I will be creating my own roughing stick, patenting the technology and claiming that market LOL.

Reply



@adamcallaghan2119

11 days ago

Well done Craig

1

Reply



@paulbrashier912

9 days ago (edited)

7



Penguin magic                      as for the other stuff - spot on you can't stick another hole through the card and claim it's yours ffs btw not saying he has but similar magic stuff - geezer a fcuk wit.

Reply

@theoldman2821

9 days ago (edited)

As awful as Yigal appears I have to point out, as even Eric sort of mentioned, Petty is a famous bully himself. He also is very petty (no pun intended.) He had YouTube send me a threatening note about losing my access to YouTube for an eight word post where I took him to task for wearing a t-shirt with an obscenity on it. My post pointed out that his channel is mostly family friendly and it seemed rather the opposite. Instead of simply deleting my post, or blocking me from his channel, he reported it to YouTube to shut me up. Sound familiar?

1

Reply

2 replies



@magic-tv

8 days ago

I have never reported anyone to YouTube Ever and honestly if I did report a single comment they would laugh at me. YouTube prefer it if a creator self policies. I have deleted comments in the past but never have a reported a comment More importantly I'm genuinely sorry if you feel I'm a bully. I'm not sure where you got that from. In the past I have reacted badly to certain situations and if I did that to you I'm very sorry. That would never be

8

my intention. I don't remember any situation between you and I but I am a big believer in free speech so if you told me not to wear something whilst on my channel I could imagine taking exception to that. I will stand by that conviction - my channel, my rules but if I upset you I'm very sorry about that. Hope that clears things up.

2

Reply



@theoldman2821

8 days ago

Thank you for your response. Unfortunately I don't know how to find the warning I received.

Reply



@seanfaherty

10 days ago (edited)

So from the outside it looks like Mr Mesika acts like Jay Sankey but with lawyers. That's not fair to Mr Sankey as all he wants is recognition of his work but perhaps you can see what I'm saying. Also it's nice to see Mr Petty using his righteous indignation for good.

1

Reply

4 replies



@eriktait434

10 days ago

I would argue that Sankey has created a lot of very good material and is generally pretty cool with people if you credit him and talk to him. My effect Boxed and Loaded was independently created using a principle Sankey created in the 90s. When I showed it to him

9

and where I had taken it Jay graciously gave me his blessing to publish my work and didn't ask for a penny. That, by the way, is the industry standard to publishing.

3

Reply



@seanfaherty

9 days ago

@eriktait434 as I said, I wasn't being fair because he just wants to be recognized for his work. Mr Sankey seems to do it for the love of magic not money or a psychopathic need to frighten people. You're right. Mr Sankey is one of the good ones

Reply



@eriktait434

9 days ago

@seanfaherty ah! My bad. I misunderstood!

1

Reply



@seanfaherty

9 days ago

@eriktait434 nah, it's on me. I wasn't clear

Reply



@tpdmagicvids

11 days ago

Next Craig petty drama. Lmao

3

Reply

3 replies



@AndyCooper761

10 days ago

Not a Craig Petty drama. Did you watch this podcast?

7

Reply



@seanfaherty

10 days ago

That's what I thought at first but he is advocating for a less known creator

6

Reply



@freemagicfun

8 days ago

@AndyCooper761  I took the comment to be referring to the line at 1:02:28 when Erik says we move on to the next Craig Petty drama, and Craig says there will be one.



1

Reply