**EXHIBIT B**

- **0:30 – Speaker (Steve Sheraton):** States, **"Ripping off technology that I invented 25 years, then I say, it's not worth my time."**

- **0:38 – Speaker (Steve Sheraton):** States, **"There's a word for that. He's a 'patent troll.'"** And **"stealing intellectual property that isn't theirs, then they go after any possible entity that might have something to do with the knowledge that's inside that pack.**

- **1:18 – Speaker (Craig Petty):** Refers to Yigal Mesika using the term **"patent troll,"** and defines these as **"people who fake intellectual property by stealing it. They're claiming it theirs and then they go after any possible entity that might have something to do with the knowledge that's inside that pack."**

- **1:42 – Speaker (Sean Bogunia):** States, **"He's a magic terrorist I believe."**

- **1:48 – Speaker (Sean Bogunia):** Reiterates, **"Patent troll is what we call him."**

- **1:54 – Speaker (Steve Sheraton):** Claims Yigal's patent application is **"exactly my rinky dinky,"** implying his product is a copy.

- **Before 2:13**: They play audio claiming to be voice of Mesika, saying "piece of shit device."

- **2**:23 – Uses image of Mesika's face

- **2:39 – Speaker (Craig Petty):** Accuses Yigal of being **"Magic's biggest litigious bully that for the last three decades has been financially and legally bullying creators into submission behind closed doors. I'm talking about Yigal Mesika."**

- **3:00 – Speaker (Craig Petty):** Asserts the video will reveal **"just how sinister, manipulative, deceitful, greedy Yigal Mesika really is. This is going to be backed up by facts."**

- **3:32 –** "Today, I am bringing facts, upon facts."

- **3:37 – Speaker (Craig Petty):** States that Yigal **"tried to patent it as his because he um he moved a hole onto the side,"** referring to Steve Sheraton's "Rinkey Dinky." Petty's video displays content from Steve Sheraton's video defaming Mesika.

- **3:55 – Speaker (Craig Petty):** Claims Yigal **"is now trying to sue anyone who brings out their own ring flights, even if it doesn't use a car key. And even though it's not Mesika's in the first place and even though he doesn't have a patent approved and he never will."**

1

- **4:50 – Speaker (Craig Petty):** Claims Yigal **"can actually get away with bullying creators and forcing Magic's biggest wholesaler to remove a product which has zero infringements on any other legal product which was stolen in the first place."** This includes accusations of bullying, forcing product removal, and implying Yigal's product was "stolen in the first place."

- **5:40 –** Petty claims that he consulted with a lawyer before recording video.

- **6:53 –** Indicates that he deliberated over two weeks before completing video.

- **11:05 – Speaker (Craig Petty):** States, **"I've already had soft threats from [__] Mesika."**

- **14:47 –** Mark Bennett b[r]ought out Air Flite in early 2025. Uses Airtags.

- **16:30-** Petty says Mesika's Ring Flight came out in 2025.

- **19:01 – Speaker (Craig Petty):** States Mark Bennett's product **"is not being pulled. It's been held up because of you, Yigal, and your imaginary patents."**

- **21:51 – Speaker (Craig Petty):** States about Yigal's patent applications, **"most of them aren't granted most of them are never granted."**

- **30:40 –** Petty says Mesika statements were "passive aggressive."

- **46:17 – Speaker (Craig Petty):** In response to Yigal's claim of ethics, questions, **"why did he even release his reel without speaking to people like Dave Bonsson? Without speaking to people like Hot Tricks for Rinky Dinky, which is a near identical,"** implying a lack of ethics and copying.

- **54:54 – Speaker (Craig Petty):** States that Yigal **"is pulling Murphy's into this."**

- **59:15 – Speaker (Mark Bennett):** States Yigal is trying to **"stop every single ring flight ever hitting the market ever again. Stopping creativity, stopping um any innovative magician from ever coming out with a ring flight."**

- **59:29 – Speaker (Mark Bennett):** Asserts Yigal **"is trying to stifle creativity in the magic community. He says it's a small niche community, but he wants that community for himself."**

- **1:00:48 – Speaker (Craig Petty):** Claims that Yigal, **"by involving Murphy's and getting them involved, what it's doing is it's financially crushing you as a production company."**

- **1:12 –** (Craig Petty) :pattern going on for 20 years. Patent bullying.

2

**1:13 – (Craig Petty):** "Like I said, I've made notes. There's a couple of things I made notes on here with regards to the interview. I mean, you've just seen it yourself. Uh but Mark, I think he lays out a very compelling timeline. He began work on Airflight before Msika even filed his patent. He's got video evidence of a prototype dated this uh 8th of June 2024, 5 days before the patent was filed. The design is visibly different. Uh the mechanism is fed from a different position and it's a modern, sleek, Apple looking everyday carry look. Um he

confirmed in the interview he had no knowledge of Msika's product at the time and and not only that he had actually" [This was not in the interview shown on YouTube.]

- "Parallel invention."

- **1:15:00 – Speaker (Craig Petty):** States, **"this is a clear case of a bigger named creator trying to intimidate and bully Mark Bennett."**

- **1:18:41 – Speaker (Craig Petty):** Reaffirms, **"Yigal has not got a patent. He has a patent application. The patent application is worth nothing unless the patent is actually granted. A lot of the patents that Yigal puts through never get granted."**

- **1:26:20 – Speaker (Craig Petty):** Claims that despite Yigal denying litigation threats, **"he said exactly what he wanted. $6 a unit. Uh it wants it pulled within two months. He wants all of the stock. He wants to know the figures. he was asking direct access for all of this. So no, he may not be threatening litigation, but he's telling Mark exactly what he wants. And when Mark said, "No, I don't think that is the case." He says, "Look, I seriously suggest you take this more seriously." If that's not leading towards legal threats, I don't know what is."**

- **1:27:54 – Speaker (Craig Petty):** Accuses Yigal of changing his claims, asking, **"Now you're bringing other facts into this. Have you even seen his seen his device at this point to compare?"**

- **1:28:10 – Speaker (Craig Petty):** States about Yigal's patent application, **"An air tag is an afterthought at best."**

- **1:28:27 – Speaker (Craig Petty):** Claims Yigal **"never even said that that the air tag thing was an issue to him. He went to Mark with three points and said if you clear those three points up I'm fine. So but now he's bringing air tax into this."**

- **1:28:39 – Speaker (Craig Petty):** States Yigal **"is asking for $6 per unit and for the stock to be pulled after a certain amount of time and you're doing this based off a patent that hasn't even been granted yet. And until it is granted you can't ask him for anything regarding his product."**

3

- **1:29:27 – Speaker (Craig Petty):** Claims, **"Weaponizing patterns has worked for you in the past. It has."**

- **1:29:32 – Speaker (Craig Petty):** States, **"This has become a pattern of behavior, not one of arguments. Because when you've got 20 plus applications, most of which fail and you keep using it to using them to chase down working creators. It stops being coincidence and it becomes a strategy."**

- **1:32:02 – Speaker (Craig Petty):** States Yigal's actions are **"not protection. That's intimidation."**

- **1:33:39 – Speaker (Craig Petty):** Claims that if Yigal's product was publicly released before his patent filing, **"then any elements of the Air Tag style version you included in latter applications are already in the public domain… you've effectively disclosed them before protection was in place, which weakens your position, not strengthening it."** [Note – provisional filed Jun 13, 2023; nonprovisional June 13, 2024. So, any disclosure by Mesika in Feb. 2024 does not bar obtaining the patent. Petty doesn't know what he is talking about.]

- **1:34:47 – Speaker (Craig Petty):** States Yigal's behavior **"hurts other creators."**

- **1:35:12 – Speaker (Craig Petty):** Claims Yigal has **"effectively got into a position where nobody can really release a ring flight, even something as different as one that's been put into an air attack because there's a patent in place to stop that."**

- **1:35:45 – Speaker (Craig Petty):** Reiterates, **"Dozens of patent applications, very few granted, and a pattern of using them to assert control over other releases… It doesn't read as protection. It read you read reads as a strategy."**

- **1:38:22 – Speaker (Craig Petty):** States Yigal **"likes making soft threats and he's very, very clever. He won't actually flat out come out and say I will, I will you know take legal action against you. He's very careful about how he puts stuff across."**

- **1:38:49 – Speaker (Craig Petty):** Directly refutes Yigal's claim that **"everything has been handled with clarity and mutual understanding,"** stating, **"No, it hasn't."**

- **1:39:29 – Speaker (Craig Petty):** Accuses Yigal of lacking ethics by stating that a creator of a product like his **"would have referenced and actually name checked Dave Bonsil and Prop Dog and Ringflight Revolution instead of just saying, 'Ah, somebody else has put a key out with a real in it before.' And not even mentioning their name. You know, you talk about ethics, you talk about uh**

4

wanting to share credit. You didn't even credit the person that most people would consider to be the godfather when it comes to ring flights."

- **1:42:14 – Speaker (Craig Petty):** States Yigal's **"replies increasingly shift towards vague legal warnings, deflection, and appeals to authority. Um, there's various different inconsistencies in his arguments... It's kind of he shifts. He changes, in my opinion, I think he changes his approach depending on what has been said to him."**

- **1:45:57 – Speaker (Craig Petty):** States Yigal's product **"was officially released as a public domain entity with no legal protection at all in February, months before the patent was actually filed."**

- **1:48:19 – Speaker (Craig Petty):** Claims Yigal's **"patents enforceability is questionable at best and non-existent at worst"** due to prior art and public disclosure.

- **1:50:20 – Speaker (Craig Petty):** States Yigal **"references Dave's method in his tutorial, but never credits him by name or mentions Ringflight Revolution."**

- **1:52:11 – Speaker (Craig Petty):** Claims Yigal's trick versus Rinky Dinky are **"identical."**

- **1:53:22 – Speaker (Craig Petty):** States Steve Sheraton's Rinky Dinky is **"a product nearly identical to Mesika."**

- **1:54:04 – Speaker (Steve Sheraton, quoted by Craig Petty):** Describes Yigal's behavior as **"patent trolling, the act of filing patents on existing ideas to intimidate or control."**

- **1:54:37 – Speaker (Steve Sheraton, quoted by Craig Petty):** Claims Yigal's product **"is actually a copy of mine."**

- **1:55:05 – Speaker (Steve Sheraton, quoted by Craig Petty):** Refers to Yigal as **"the bully."**

- **1:56:08 – Speaker (Steve Sheraton)** States Yigal's product **"is the exact same thing really"** as Rinky Dinky.

- **1:57:30 – Speaker (Steve Sheraton):** Claims Yigal's **"advertising copy was basically made it sound like he came up with, with it,"** implying deception.

- **1:57:49 – Speaker (Steve Sheraton):** Accuses Yigal of not crediting others, stating **"no, there was none of that in there."**

5

- **1:59:02 – Speaker (Steve Sheraton):** Claims Yigal **"misled"** consumers by using "patent pending" status.

- **1:59:42 – Speaker (Steve Sheraton):** States it **"seems to be a modus operandi that um that he takes intellectual property uh of other um creators and then makes patent applications and hopes that nobody finds out"** and that **"he just bullies people."**

- **2:02:30 – Speaker (Steve Sheraton):** Reaffirms Yigal is a **"patent troll"** who **"fake[s] intellectual property by stealing it and claiming it theirs"** and is **"trying to bring this kind of uh lack of ethics into the magic community."**

- **2:04:05 – Speaker (Steve Sheraton):** Calls Yigal's actions **"basically a criminal um form of weaponization of intellectual property."**

- **2:04:54 – Speaker (Steve Sheraton):** Calls Yigal **"bullies like Yigal Mesika"** who **"threaten and be narcissistic um bad people"** and **"destroys our safe space."**

- **2:09:06 – Speaker (Steve Sheraton):** States Murphy's Magic **"felt um felt probably threatened by Mr. Mesika as well."**

- **2:10:18 – Speaker (Steve Sheraton):** Accuses Yigal of using **"industrialized um and weaponized intellectual property fraud."**

- **2:11:07 – Speaker (Steve Sheraton):** Refers to Yigal as a **"bully."**

- **2:11:43 – Speaker (Steve Sheraton):** Claims Yigal **"is not going to touch that much money"** for UK lawsuits and will **"probably do is try to intimidate or take legal actions against the distributor"** in the US, implying he learned this behavior in the US, **"Not Israel. That's where he's from."**

- **2:15:20 – Speaker (Craig Petty):** Opines that Yigal **"would leverage his position and his relationship and his history with Murphy's Magic to get them to pull Airflight even though that they're not a similar thing. And even though there is no patent in place."**

- **2:18:51 – Speaker (Craig Petty):** Declares, **"Yigal Mika is the person that caused all of this,"** and states Murphy's **"would not have pulled Airflight if it wasn't for Jagel Mika coming to Murphy's and saying pull Airflight."**

- **2:19:45 – Speaker (Craig Petty):** Accuses Yigal of **"bullying and intimidated over the last 20 years because of your actions."**

6

- **2:19:58 – Speaker (Craig Petty):** Claims Yigal is **"sending soft threats to me. You've threatened Mark Bennett. You're telling him that it would be dangerous for him as a creator, as a new creator, if he doesn't tow the line and get on board with what your narrative is."**

- **2:20:36 – Speaker (Craig Petty):** States, **"The design of your ring flight is not yours. It's Steve Sheraton's. You moved a hole."**

- **2:21:05 – Speaker (Craig Petty):** Claims, **"The routine isn't yours. The routine that you claim is yours has been done for years."**

- **2:21:25 – Speaker (Craig Petty):** States Yigal **"do[es] not have a patent. You have an application for a patent. You have nothing. You have nothing at all. And yet using all of this nothing, you're intimidating people like Mark Bennett. You're sending veiled threats to me and you're putting Murphy's magic in an impossible situation… And the person that's caused this is you."**

- **2:23:14 – Speaker (Craig Petty):** Directly calls Yigal **"the bad guy."**

- **2:24:18 – Speaker (Joao Miranda):** States that Yigal **"falsely claimed that my method infringed his patents. This was absolutely untrue. It was nothing more than an intimidation attempt to make me give up on my invention."**

- **2:25:51 – Speaker (Joao Miranda):** Claims Yigal **"did the exact same thing with Sean Bogunia… And Sean rightfully won in court."**

- **2:29:47 – Speaker (Sean Bogunia):** Refers to Yigal as a **"magic terrorist"** and **"patent troll."**

- **2:35:13 – Speaker (Sean Bogunia):** States, **"it costed me $30,000 to prove that I did not steal from him. And uh it costed him a hell of a lot more money."**

- **2:37:41 – Speaker (Sean Bogunia):** Claims, **"we had found out and discovered that Yigal's patent was bogus. He didn't list any prior art of any kind."**

- **2:39:50 – Speaker (Sean Bogunia):** Claims Yigal **"had to drop the case cuz he was definitely going to lose."**

- **2:40:34 – Speaker (Sean Bogunia):** States, **"He's a he's a bully. Oh, a total bully."**

- **2:42:03 – Speaker (Sean Bogunia):** States, **"I just wish he would just get out of magic and I just wish people could buy him from him because it's like why are you doing this? Why are you harassing people over"** his products.

7

- **2:42:48 – Speaker (Sean Bogunia):** Recounts a mediation where Yigal **"didn't have an answer for that. He couldn't answer at all"** when asked to point out infringement, and that Yigal **"grabbed the motor pod and then he had the wire was no longer connected. He's like, 'Ah, look at this. The wires.' I said, 'Dude, you cut the wire. That's why it's broke.' Like you literally cut the wire."**

- **2:44:00 – Speaker (Sean Bogunia):** Describes Yigal's infringement claim as based on a misunderstanding of his own patent, stating **"Your patent says notch… My geometry was a slit."** and implies Yigal's patent itself **"is still bogus."**

- **2:46:31 – Speaker (Craig Petty):** Claims Yigal **"changed the narrative of exactly what actually happened"** regarding the court case with Sean Bogunia.

- **2:48:42 – Speaker (Tom Wright):** States Yigal **"was very, very intimidating"** and **"thought that he could copyright a ring being levitated."**

- **2:51:25 – Speaker (Tom Wright):** States Yigal **"didn't even know of how my routine worked. He didn't understand of how the ring or the coin could fly… And it was not even the same method as he used."**

- **2:56:35 – Speaker (Craig Petty):** Claims Yigal **"claim[s] that they own something that's been happening since the 1940s."**

- **2:59:15 – Speaker (Craig Petty):** Uses an analogy implying Yigal's strategy is **"weaponizing broken systems to generate profit. And the same seems to be happening here in my opinion. Filing patents not to protect ideas but to bully creators and create revenue through pressure."**

- **3:00:39 – Speaker (Craig Petty):** States, **"This isn't about protecting intellectual property. In my opinion, this is about weaponizing patents as a way to generate income by bullying and intimidating people and, and making them too scared of legal pressures to be able to do anything about it."**

- **3:02:12 – Speaker (Craig Petty):** Questions the ethics of Yigal's actions: **"Is it okay for someone to ring up somebody else and start calling themselves the devil on the phone? Is it okay to ring up somebody out the blue and demand $6 a unit on a trick that is completely and totally different and it's another reel that's been around from years and years and years ago?"**

- **3:03:53 – Speaker (Craig Petty):** States directly to Yigal, **"you have nothing. The design of your ring flight is not yours… The routine is not yours. It's been done for years."**

8

- **3:04:29 – Speaker (Craig Petty):** States directly to Yigal, **"you do not have a patent. You have an application for a patent. You have nothing… And yet using all of this nothing, you're intimidating people like Mark Bennett. You're sending veiled threats to me and you're putting Murphy's magic in an impossible situation… And the person that's caused this is you."**

- **3:05:39 – Speaker (Craig Petty):** Advises Yigal, **"stop weaponizing patents for your own financial gain." . . . "for a product that's not yours."**

- **3:05:57 – Speaker (Craig Petty):** Suggests Yigal should **"go back into the tutorial and credit Dave Bonsil and credit Steve Sheraton? Or even better, why don't you actually take it and get and, and, and pull it from the market and tell Steve Sheraton, 'Hey, you re-release your product."**