**EXHIBIT D**

@timmyvie

8 days ago

I will not be buying any Mesika products ever again

28

Reply



@HugovanAmersfoort

11 days ago

As Dai Vernon said in that old movie :"Are you in it for the money or are you in it for the magic ?"

23

Reply



@Masyebra

11 days ago

I have a lot of problem with Mesika because o my Spanish brand of it. He almost bankruptcy me, bullied me and threatened me.

42

Reply

2 replies



@dmontes133

11 days ago

BOYCOTT MESIKA PRODUCTS! The only way to get true justice. Get him at the most important thing to him, his money.

76

Reply



@unclejoe7958

10 days ago



Not sure if this is allowed, so I understand if it's deleted. Penguin magic Ties (loops). $5 for 10 ties or $20 for 40 ties ! Plus a 2 hour tutorial. Great strength, elasticity and invisibility.

26

Reply

2 replies



@NOYFB982

10 days ago

A pending patent is not a patent and carries no legal standing. Those two are just not the same. Moreover, not only will Mesika not get a patent due to prior art, if he did not list the prior art, that is inequitable conduct (technical term) and even legitimately patented products can lose protection, and there could be other damages that need to be paid by Mesika. Mesika's products should be boycotted. Period.

22

Reply

2

2 replies



[@ChrisEdwardsMagic](#)

[11 days ago (edited)](#)

Haha, "the structure of my routine has not been achievable with any other ring flight on the market".. Meanwhile, its achievable with EVERY other ring flight on the market. I've done this long before I had Mesika's ring flight. Reel or no reel. I've had participants hold pro flite, flite and ring flight revolution. RFR can be fairly bulky in comparison but even then.. Its still easily done! Wow.

30

Reply



[@DesigningEmotionalMusic](#)

[11 days ago](#)

Well done Craig for standing up for small creators

38

Reply

1 reply



[@sydbeckman6088](#)

[11 days ago](#)

As a law professor who has taught IP for a long time - this position of Mesika is disappointing. He has historically been a bully and has done this for years. Rinkey Dinkey was one of my first tricks ever. Now I want to buy one of your airtags. I personally stopped buying anything associated with Mekisa after he bullied Subdivided Studios. Tell me how to order one and I'll order one now.

29

Reply

5 replies



@daanblankers7973

11 days ago

I bought ring flight from Mesika, and actually love it. But that was before I saw this, and it's quite a shocker. I'm never buying anything from him again, what a fraud. This man deserves a boycott on his products. Thank you Craig for opening my eyes. I'm not a creator, I always support the creators. But he steals a concept or a product, and makes tons of money on it, while the original creator is left out. That's so f*cked up.

21

Reply

2 replies



@diamondjimtyler

8 days ago

I kept waiting for Chris Smith's DEPARTURE to be referenced as predating these later versions

8

Reply



@spacehacker1999

11 days ago

My opinion: regardless of the consequences any dealer not boycotting his products after all this needs to look and their own ethics rather than Yigals, "leave the devil to his own devices"

4

9

Reply



@Manngregor1

11 days ago

Never in a million years would I have thought that the air tag ringflight is a stolen idea. Everyone can put a reel into anything, a patent on a reel is ridiculous.

13

Reply

1 reply



@thejokersyoutube

12 days ago

I've been wondering why I should buy T.I.E.S. instead of loops and never found a good reason until now.

51

Reply

23 replies



@pauldavies689

11 days ago (edited)

He stole the Steve Fearson cigarette hookup for tarantula. Said he had permission but know that there was beef there

17

Reply

1 reply



@ianwalton389

5 days ago

You are a good guy Craig!

6

Reply



@DavidM-lj5yv

10 days ago

Ties, not Loops from now on. And no more Mesika products for me.

8

Reply



@TossingTheBroads

11 days ago

Ill never buy anything of Yigals after this

14

Reply

2 replies



@joepiseski3692

10 days ago

I believe in the wisdom of "vote with your feet". For this reason I will continue to support ethical creators & producers, and continue to avoid anything from Mesika.

5

Reply



@vengeanceXO

10 days ago



Holy cornball  this guy literally ripped off Rinkey dinkey and now wants rights for air flight lmao

10

Reply



@FreddotheWheelchairGuy

10 days ago

If you don't have 3 hours to watch this video, then skip to 2:53:09 to hear Craigs epic closing monologue! Fantastic work mate - your passion for this is clear and I applaud you for it

18

Reply



@Brythemagicguy1

4 days ago

7

I just threw out all my yigal products. Even if he fixed this whole situation I will Never buy his stuff or recommend it to anyone ever again. I will be buying mark bennets air flight as soon as I can as well Screw yigal and people like him. He cannot fix 20 years of reputation

3

Reply



@saglaser

7 days ago

Not a lawyer. On the other hand, I've had to deal with intellectual properties as part of my career in writing, editing, and design. So let me clarify something here. This video uses the terms "patent" and "copyright" interchangeably. They are totally different things. Patents, simplistically, are for innovative physical objects. Copyrights are for expressions of ideas. Patents have to be filed for and approved by the patents office. Copyrights exist the moment an idea is set down in permanent form, registered or not. Most importantly, magic apparatus, if deemed original enough by the patent office, can be patented. Magic tricks cannot be copyrighted. However, original presentations of a trick (script, etc.) can. A truly original effect can also be copyrighted as a dramatic work, as is the case with Teller's effect, "Shadows."

2

Reply

1 reply



@benmatthewboundlessmagic

4 days ago

Just bought Air Flight from Monster Magic out of it being pure superior product, routine, ethics marks demonstrated, and I love marks stuff so want to support him too through this too!

2

Reply

8



@dmontes133

11 days ago

Unfortunately, YouTube is full of people who expose magic tricks without permission. Also sites who show people how to make magic tricks without permission. Like a YouTube site called, 'Let's Make Magic'. They show how to build magic tricks without permission.

5

Reply



@michaelliptak3908

10 days ago

Thanks so much for making this post. It's clear you did this cuz you love magic and the community. Yigal is using his status as a weapon to control people and creativity. You are very thoughtful how you explained this situation. Thanks again for having the guts to stand up to this tyrant.

4

Reply



@Time4Lunch902

5 days ago



Glad this is back up            Keep fighting for he good fight.

3

9

Reply



@cedrichediard

12 days ago

Rinky Dinky is great. I bought many of it many many years ago. I always perform with it!

6

Reply



@mafiaValor

4 days ago

I'm giving away my tarantula gimmick due to this...disgustingly childish bs from yigal...I removed it from my edc and he deserves to know that we don't stand for this behavior as magicians...preying on people and their own intellectual property for the sake of money when you don't even credit people on your own tutorials? Irrefutable evidence of your mental health. Yigal...if you see this...you are no longer wanted in our industry. Get a new job bud...

2

Reply



@BAGWIZ5426

4 days ago

I've got sad news for Mesika and anyone re-creating ring flite... keys and key rings are on the verge of becoming extinct. My car and my home's front door both lock/unlock with my iPhone. I'm basically down to a mailbox key and that's it. The fundamental elements of this controversy aside, it's only a matter of time before all keychain-based ring flites are obsolete.

1

Reply

1 reply



[@matejrotovnik6979](#)

[10 days ago](#)

Insights like these are essential for the growth and integrity of the magic community. Thank you Craig for having the courage to shed light on the inner workings behind Yigal Mesika's practices, transparency and truth are vital for the future of our art. Your contribution to the world of magic is truly priceless, not only because of your remarkable knowledge and creativity in developing new magical effects, but also for your dedication to education and to connecting magicians around the globe. Through your work, you build bridges between generations and cultures, keeping magic alive and deeply inspiring. Keep up the amazing mission.

6

Reply



[@misterwizzerd](#)

[9 days ago (edited)](#)

I have disagreed with some of Craig's reviews and I don't care for all of Craig's releases. I do, however, appreciate Craig as a reviewer and a creator. After watching this video, I have a whole new level of respect for Craig. I don't think I've ever watched a 3 hour YouTube video, but I watched this thing beginning to end and I'm really grateful Craig put this video out there for us all.

6

Reply



[@Dr-Brown](#)

[10 days ago](#)

Vernet put out a reel-less ring flight decades ago. It used a chain, which was centrally positioned, and the method was specifically designed for that presentation of giving someone the keys, then vanishing the ring and finding it with the keys. It wasn't a great version, but it's got a lot of "prior art".

3

Reply

1 reply



@dmontes133

11 days ago (edited)

Yes,unfortunately, at any time, not just now, money dictates all decisions.

3

Reply



@xackerruneta7316

10 days ago

The magicians' performances in the circus are always replaced by the clowns' performances. Mesika confidently occupied the clowning niche. Selling overpriced threads pulled out of underwear and making a patent on them. I think even Val Valentino got less hate in its time) Thank you, Craig, for having the courage to expose for everyone this character.

2

Reply



@DadBodDrumming

11 days ago

I got Rinkey Dinkey when it first came out. It is still one of the most practical ring flights imaginable. My first Mesika product was the thread loops. I bought them when he first came out with them under the name "Invisible Rubber Band". They are still one of the most practical inv thread applications. Sad to hear he literally went off the deep end.

2

Reply



@DadBodDrumming

10 days ago

You can't claim a patent on a suggestion in a patent. In other words, you can't say Im patenting a reel in a key and then say in the write up that the reel can also be used in an airtag and expect that patent to cover the airtag version. Otherwise he could say, im patenting a reel in a key and oh yeah you can use the reel in a jacket pocket or on the jacket lining. And suddenly everyone using a reel would be breaking the law by infringing on his patent. Each other use mentioned would need to also have its own separate patent.

2

Reply



@EricJustinSmithJr

11 days ago

I didn't know what this video was going to be about, but I'm glad I watched it! Legal-Yigal is definitely a bully, and that's the most polite word we can use. Behavior like this should definitely be exposed to HELP future creators and hopefully deter future bullies. Great job Craig!

9

Reply



@benlevymemorablemagic5096

10 days ago

Steve Sheraton comes out with so much credit from this video. What a smart, eloquent and insightful guy. The biggest criminals in all this, ultimately, are Murphy's Magic. Zero ethics, all about monopolising and monetising.

6

Reply



@DadBodDrumming

10 days ago

Too bad this isn't happening in the US as once a product is introduced to the market, their is a certain amount of copyright protection that automatically happens. Because now you can prove in court that your idea was available to be stolen by anyone.

2

Reply



@graemeshawmagician

10 days ago

Craig, have you looked or spoken with Chis at Magicsmith? He has a ring flight in a remote on a key fob called departure. Been around a long time. We have stocked it at Magicbox for many years

3

Reply



@Highlandmagician

4 days ago

14

I complained or enquired rather when the mesika rung flight came out wasn't it just the same as someone else

1

Reply



@MisterRobert101

10 days ago

This kind of legal action happens a lot in the music business as well

3

Reply



@jimp711

11 days ago

Thank You Craig for giving us all the information on this! I think all of us have at some point have a product that Yigal has "created". After seeing this it gives me, as well as whoever else sees it a whole new perspective on the person Yigal is! I am very surprised to hear some of these facts and at this point I will never spend another dime on any product that has his name on it! Magic has many great creators. People like Yigal, only hurt this community. It is time all these injustices are exposed! Great Job Craig!

9

Reply



@4MEStudios

5 days ago

When the light of truth shines, it exposes how ugly the dark really is. This is truth based on facts. Even no name me has had a negative story.

15

1

Reply



@DrEdBlitch

11 days ago (edited)

I would love to see all magic creators pause their current work and all work on releasing an effect using IT. Maybe overwhelming the small devilish man can make him face the reality that his presence in Magic is actually insignificant. I hope Mark is at MagicLive so I can buy an Air Flight!!!

5

Reply

1 reply



@megalantern13

9 days ago

And when it comes to patents, it's necessary to know that unless it is an international patent, it is likely going to be a patent for a specific country, so even if he had a patent, it would likely be only for USA and no include the UK at all.

1

Reply



@flamingphoenixscorpio

5 days ago

Is it possible Medina has bullied Finn Jonn with the Loops?

3

Reply

1 reply



[@pepsiaddictgaming](#)

[9 days ago](#)

I haven't liked him for many years, so don't blame this video for myself and others not buying your products, Yigal! Blame yourself!

1

Reply



[@ChiliFPV](#)

[10 days ago (edited)](#)

I am very happy with the loops... I am very happy with electric touch... I am not really happy with tarantula... And I am so unhappy to hear from this case here... I don't like Apple - so is there another way to support him without buying Mark Bennetts Reel? Does he has other gimmicks or tricks?

3

Reply



[@AniUedi](#)

[2 days ago](#)

Me thinka no Mesika products in the future.

2

Reply



[@ernieoporto](#)

17

4 days ago

Thank goodness Craig stands up for what's right! Going on to buy Air Flight right now just because! Boycott Me$ika.

1

Reply



@Ken-Thomson

10 days ago

Yeah this is simple. There are many other products that can fulfill the needs of the magic community. I will stay clear of this guy's stuff and sleep well at night. In real life, villains often don't realize they're villains...this one does.

2

Reply



@wonderamalandfamilyfuncent2689

9 days ago

Yigal Masika! cease and desist! You are to stop refering to yourself as the Devil. from the desk of Mephistopheles

2

Reply



@petehopkins6836

11 days ago

Easily the best video you've made

11

18

Reply



@LodgeOmarunui216

4 days ago

Sadly Mesika h As created a situation that will spillover into the non magic world. Too many non magicians will learn of ITR's and further the damage being done by the click bait exposers who do anything for viewing numbers. But I've only been at this for 60+ years.

What would I know        Well done Craig. It needed saying and you said it well.

1

Reply



@anthonywaldmyer383

9 days ago

With Mesikas logic if you fill out a job application on Friday you can start showing up for work Monday morning without officially being hired.

5

Reply



@chrisjamesmagic8396

9 days ago

We have stock of airflight in the UK and US warehouses. I wouldn't promote it if it wasn't actually a great effect.

6

Reply



**@RDGTEX**

**11 days ago**

I used to interact with Steve Fearson when he had his online magic store, having purchased all things Cobra and thread related from him. Around the time he released The Pod, I think I emailed him that I sent him a Cobra remote he replaced. His response was rather odd, and to this day, I have never gotten an explanation or heard from him again. What he told me is he was getting out of the business for good, and I really didn't need to send it back. Now I wonder if Mesika got to him. What on earth does this man hope to gain by doing this? Why can't he be happy enough that he has profited greatly off of the derivative works of so many giants?

Reply



**@lbmagic8353**

**9 days ago**

I think as someone who has supported mesikas work and think he is a genius when it comes to creating new concepts, this really through a curveball, a complete adult acting like a child because some one had a better idea then you for a concept that has been round for years! Come on now like not only are u ruining the magic for the community and destroying the reputation of other creators but your just digging a deeper hole for yourself, yes ofc creating magic is a business and blah blah blah, but if having to create false patents to protect your ideas is ur way of creating a influx in revenue that is a serious issue, as a student in school, plagiarism is kinda the same thing, if some one has a creative way of thinking that follows the concept or ideas of past, this is just the evolving community not someone infringing on alike ideas . Like grow up and if it is really a issue why don't you combine both of your minds and release the product together, maybe you may make a buck or two more!

3

Reply



@jonjonesmagic

7 days ago

Massive respect to you for doing this. Couldn't agree more about defending creators. Ed Sheeran had a similar problem in his court case. The gist of which is that you can't patent a chord progression and trying to do so will destroy the music industry

2

Reply



@MrSyggi

8 days ago

Craig....good job. You are fighting good fight.

5

Reply



@tomholbrook5352

7 days ago

I have never NOR will I buy a product by YM

4

Reply



@TrueHauntedStoryTeller

11 days ago

Just ordered a bunch of TIES thanks yigal for making me switch much easier



4

Reply



@DesigningEmotionalMusic

11 days ago

If he made his own ring flight available publicly before filing the patent then it's been publicly disclosed and he shouldn't be able to patent it ...

9

Reply

2 replies



@RaisedAce

10 days ago

I think Nick Einhorns ring flight puts the keys in their hands too

3

Reply

1 reply



@magiclabHdemy

[11 days ago](#)

Illygal Mesika

5

Reply



[@SeanDoesMagic](#)

[10 days ago](#)

Theres drama like this in the magic world? This is crazy

1

Reply

1 reply



[@mkretovru](#)

[10 days ago](#)

Thanks for the video and for raising this issue in the magic industry.

1

Reply



[@Frightnightproject](#)

[11 days ago](#)

Wont be using loops ever again ! Mark you fight this and do not let this goof get away with this typical behaviour Great video and documentation! Chris smith

12

Reply

3 replies



@AirheadPranks

3 days ago

I can't decide…. Yigal Me-Sue-Ya, Not just a magician—he's a litigation illusionist. Or Legal Mesika, His next trick? Turning invisible patents into full-blown lawsuits. It's honestly just



ridiculous.

Reply



@JamesKennedyNet

5 days ago

I have experienced something similar in a much smaller scale, people have small minds sometimes but we all learn new routines using exsisting handlings and methods we all needs a magic foundation to springboard from.

Reply



@Tommy_J.

8 days ago

Wehn the dealers not helping to boycotting Mesika, then WE AS A MAGIC COMMUNITY



SHOLD DO IT ❓ ❓ ❓ Wehn we as a

community not bye the products, we have POWER ❓ ❓ You absolutely correct @Craig Petty

Reply



[@justgreatmagic](#)

[4 days ago](#)

You can say it's not Murphy's fault, but they made the mistake with Rinkey Dinky. When I saw Mesika's Ring Flight, I thought, oh another one of those. It wasn't new.

Reply



[@williamharrison6134](#)

[8 days ago](#)

Not a central question, but when an application for a magic product reaches the patent office, how well prepared are those in the office to evaluate the application?

Reply

1 reply



@MastersofCriminology

10 days ago

Surprised someone hasn't turned it into a key fob yet, since most have a key fobs.

1

Reply

1 reply



@grahamhickman1520

12 days ago

has any creator ever applied a patent on any effect they have created, I doubt it very much, if you say you have Prove it. issue the docs to support your claim in with the item you are selling.

4

Reply

9 replies



@SupernovaSymie

9 days ago

I'm thinking about creating a sprung reel inside a sharpie, that also has a motorised reel and a holdout for thread loops & wax. I'll probably call it the 'Loopy Spider Flight'... Its such a unique concept and nothing similar exists. Of course Ill credit Yigal for such a ground breaking device.....

1

Reply



@RufioRush

26

[10 days ago](#)

Lol, even Craig's reporting is over 3 hours long. What a legend. The king of value.

6

Reply

1 reply



[@MisterRobert101](#)

[10 days ago](#)

I have been inventing Magic since 1984 and have never patented/ copyrighted any of my material. I know that some of my mayerial has been copied and sold behind my back without even giving a credit. Its unfortunate but that tyoe if behavior comes back to bite you and harms your reputation.

Reply



[@abbakidabramagic](#)

[12 days ago](#)

How do I get on the waiting list?

1

Reply



[@ky03le02](#)

[10 days ago](#)

What about reels used in everyday businesses and industries with ID and security badges? Is he going to sue the manufacturers of those reels for "stealing his patent"?

1

27

Reply

2 replies



@CalebDamico

10 days ago

Your Passion for the good of the magic community is contagious and INSPIRING!!! Thank you Craig for standing up for what is right no matter the cost!!

2

Reply



@cryingscotsman

10 days ago

Great video but I don't necessarily agree with the absolute let off of Murphy's. You could say that the ball is in their court - not Yiegels as it's totally in their control if they distribute it or not, but I can totally understand why they would hold off distributing more until the situation is resolved (or clearer). What's more concerning is them ignoring the issues when they were informed about Rinky Dink - and, the truth is, there are numerous examples of copied products being picked up and distributed by Murphys even after they are aware of the issue. It's strange, and would be great to hear from Murphys why they decided to take a different approach when it comes to Yiegel. I really don't think it should be "they're just a family business, you can't blame them" as they do have a responsibility as the biggest distributer in the world.

5

Reply



@NOYFB982

10 days ago

Mark will very likely be able to get damages from Mesika. Those may not just include money, but also Yesika being forced to publicly acknowledge that he has no patent and be enjoined from future bad conduct.

3

Reply



@spenstewsmith2305

10 days ago (edited)

Where can I buy an air flight, Found one, alakazam

1

Reply



@RadioManJ

11 days ago

i am quite new to magic, and had no idea about any of this. Releasing this video must have taken courage, because you are potentially getting into a fight with a bully. From my side I can only express respect for your choice, stay strong.

3

Reply



@jamesmcconaty8575

11 days ago

Great video Craig for doing a deep dive on a subject most of us have never had any experience in. Thank you for taking the time to lay this out in such a well organized manner. The guest video appearances added so much credibility to the situation Mark is facing. I hope Mark prevails!!

3

Reply



@francismcallister5243

8 days ago

I was never a fan of loops

Reply



@labibmalik6861

8 days ago (edited)

Guys.... Dont forget .... He was granted the patent & Rights from God 3000 years ago!



5

Reply



@anthonykinder3636

10 days ago

If you couldn't change the design of something everyone would be driving a black ford.or only using the original deck of cards He needs to move on and get over it, be happy that the magic is growing moving on adapting and improving. I met Marc in Blackpool what a guy he is , top dude

Reply



[@MisterRobert101](#)

[11 days ago (edited)](#)

What does YM do when the Chinese steal his ideas? I guess creators will need to apply for patent pending. However note that a patent application is not a granted patent. A patent pending as I understand it is just a deterrent for other creators to beware.

Reply



[@jacksonbollock](#)

[10 days ago](#)

Great video. Thank god someone has common sense and moral standards in the magic community. Now for the video on Mr Blonde and other magic bullies!

4

Reply



[@FreddotheWheelchairGuy](#)

[10 days ago](#)

I was on the fence, but now I'm definitely oredering an AirFlight - I believe alakazam stock them now, and they are a great supplier, I've always had great customer service from them and prompt delivery. Cheers Craig!

Reply



[@StagecraftGospelMagic-jb2ww](#)

[9 days ago](#)

Like the app development I messaged you about earlier Craig. Big names shutting me down.

1

Reply



@markjones5843

11 days ago

I don't understand the problem. Is a car patented? I don't think so but maybe the design, engine, tyres, and so on but I can design a car, engine, gear box...... I'm sure it won't be passed patented.

Reply



@chrisbacchus5893

11 days ago

craig better be on the airflight tutorial ! :D

2

Reply



@herbert_g_ozbod

10 days ago

Not advocating it, but I could see '86YM' t-shirts appearing in the magic community



Reply



@JoelMeyersMagic

9 days ago

My goodness. My heart goes out to all of you effected by this. This isn't ok

1

Reply



@mafiaValor

4 days ago



"Ryland doesn't f-ing drive"                    the giggle I got from that was a good reset bc I was getting pissed...

Reply



@chrisbacchus5893

11 days ago

Thanks for this Craig.

6

Reply



[@seatnikcell8748](#)

[4 days ago](#)

מתבייש להגיד שאני והוא מאותה מדינה או שפה פשוט ביזיון. אבל אני לא מתפלא משום דבר שראיתי או שמעתי בסרטון הזה. תמשיך לעשות מה שאתה עושה קרייג, תודה (:

Reply



[@kubacks](#)

[11 days ago (edited)](#)

I appreciate your passion for the magic community. Thank you for sharing all of this. I've watched this twice now. I'm really grateful for your work and passion on this video, Craig. I sincerely hope that the outcome will be a positive one.

3

Reply



[@majiklll](#)

[9 days ago (edited)](#)

For old man Sean B to cry about "credit" and "rip off" is hilarious because years ago before Don Wayne passed away he never received a dime for his Dancing Hank from Sean B which was promised. The idea was takin and money was made with new concepts applied. At least Yigal took care of Fin Jon in regards to "Loops". Its called respect and common decency folks.

Reply

6 replies



[@tomwinder4402](#)

[10 days ago](#)

34

How do both Ties and Loops exist if he is this bad, those two actually are pretty much the same thing??

Reply



.

2 replies



@Highlandmagician

4 days ago

I have used dave Bonsall ring flight for years which I felt at the time yegal had ripped of which is why I contacted supplier to say this is just the same but a little smaller, I like marks idea of putting it in an air tag we should all just go buy marks to support him

Reply



@kaydanstrider253

4 days ago

Thats a shame. I like yigal

Reply



@TheGreatGranini

10 days ago (edited)

I am not a fan of this video. I am also pretty certain that Mr. Mesika is not a guy that I want to meet. However, the statements made with regard to patents appear to be to a high degree incorrect or at least misleading. Rather than pointing out all the errors and misconceptions, I just want to note that what you really do to assess a patent infringement is that, in a first step, you look at the claims, feature by feature, and compare it with the

allegedly infringing device. I saw a lot of text messages on my screen, I saw a copy of the title page of the publication etc. but no copy of, e.g., claim 1 of the relevant patent application. Did I miss anything?

1

Reply



@BenziTrain

10 days ago

This is a pretty damning video. Thank you for sharing this Craig!

3

Reply



@miketamburino1145

10 days ago

In the exploiting other peoples Magic is also shouldn't be legal like all magicians do it all the time even on TV or want to exploit their own magic like parent dollars bullet catch I think this is very rude

Reply



@magicdmitry

1 day ago (edited)

LOL, I guess I found an answer to my dilemma: Spider Pen or Tarantula ;)

Reply



@chrisbacchus5893

[11 days ago](#)

Craig in the beginning you say murphys didn't pull the item, yet when reading YM texts you said they did? Can you clarify?

Reply



.

2 replies

[@misterliquidcity](#)

[12 days ago](#)

Looking forward to seeing this I had no idea about this.

3

Reply

S

[@sc24evr](#)

[11 days ago](#)

Big fan. Love your videos. But this one was tough to watch as I am a patent attorney lol. So many many thoughts...

1

Reply



.

1 reply



37

[@DanVoakesmagic](#)

[8 days ago](#)

Bang on Craig. Great that you've made this video. Like you said it stops the little guy from even thinking about creating an effect

1

Reply



[@miketan5876](#)

[10 days ago (edited)](#)

Murphy magic should do the right thing and continue to bring in AirFlight by Mark Bennett

3

Reply



[@AlešRozsíval](#)

[10 days ago](#)

Everyone steals magic ideas from others. When I look at the magic shop once a month for new items. I know I've seen it somewhere or I already have it in my repertoire, bought many years ago. It's interesting that you didn't notice Mesik's levitation stuff before. He's had it on the market for at least 20 years. But you're making a fuss about it.

2

Reply

1 reply



[@xor5000](#)

[8 days ago](#)

But guys! Yigal invented the piano tie necklace! HE INVENTED IT!

Reply



@scottdeyett7840

9 days ago

Jesus... what an absolute mess this situation is. Amazing video documenting all of it, but man... pure BS that Yigal's pulling this nonsense.

2

Reply



@bernieamler

4 days ago

I remember that it was about a year ago, or maybe more, that Craig was in the same



position as YM. Good luck to both of you.

1

Reply

MAGIC TV

.

1 reply



@francismcallister5243

[8 days ago](#)

3 hours holy smokes

Reply



[@cwhite8023](#)

[9 days ago](#)

Great video Craig. Hope something good comes from all of this. Cheers.

1

Reply



[@amongthespirits](#)

[10 days ago](#)

Well done Craig!

2

Reply



[@louisjackson4634](#)

[8 days ago](#)



Reply



[@jonjonesmagic](#)

[7 days ago](#)

Also ye I've never done ring flight for the express reason that I don't drive and can't justify



why Id have those keys in my pocket

Reply



[@mentallmagiconashoestring](#)

[9 days ago](#)

Well done, Craig, great work and thank you for your love of magic and helping creators :)

Reply



@johnreynolds1076

8 days ago

Great documentary style video Craig! No idea this stuff was happening. Yigal seems, based on this information, a terrible guy and will never buy any more of his products unless he changes his ways.

1

Reply



@condocord7544

10 days ago

Great video. A+++double plus!

2

Reply



@Stan_dart

11 days ago



#banger

Reply



@YigalMessika

10 days ago

42

Taking a screenshot of all of the comments. See you all in court. Craig, I'll see you in the food court mate

6

Reply

4 replies



@Tardvark

10 days ago

Please fix your audio Your audio is WAY QUITER than most YouTube video. If I'm listening to one of your videos as I drive, the GPS voice is twice as loud as your video. Please just make the volume louder in your video editor

2

Reply

1 reply



@andrewscott1949

11 days ago

well said Craig!

1

Reply



@matincdk6965

11 days ago

Wonderful work Craig

1

Reply



@sirrealasmr6252

8 days ago

Listen, I'm not gonna lie, when it comes to Mesika ring flight and mark bennets....I did find similarities between them. I own them both. I mean, it's essentially the same thing without the little metal key portion sticking out. Yeah Mark has the app. Different presentation. It's a tough one. Did Yigal use ideas from previous key ring flights....i won't debate that point. What i will say is i believe it's time for magicians to start seeking patents for their ideas like....normal inventors.... Think about it...really. How many creators complain their ideas have been stolen? Tons. Every week theres a new drama. Maybe this wouldn't be happening if magicians protected their ideas with patents. Then if you want to evolve something...you need to really evolve it...not some little change that makes 1/10th of a difference and then the idea is marketed as something new or improved. I won't defend or attack the current drama between these men. But i really do believe copyrights are vital. It shocks me that more magicians haven't done these. They should. Unfortunately you can't count on community ethics...you just can't.

1

Reply

3 replies



@ClubMagicoMiami

11 days ago

Love my Ring key Dinkey

2

Reply



@SebastianBlickby

44

10 days ago



Wow! The shit just hit the fan!!

1

Reply

1 reply



@tatumcrossett-ht7km

9 days ago

Omg. Are you serious. Yigal has great customer service. My husband buys magic frequently and Yigal always tells him to have a look at other brands/company's versions before buying his own one. He is thoughtful and kind. I myself absolutely love loops and ties. In my opinion loops are better. Y'all need to quit with the trolling and twisting. It's ridiculous. You are adults not children. Y'all should all be working together to create the best for customers.

2

Reply

4 replies



@cemetariel666

9 days ago

Yigal also has the best customer service out there

Reply

2 replies



@dmontes133

11 days ago

I've never had an issue with the McDonald's ice cream machine, ever!

Reply



@ClubMagicoMiami

11 days ago



Reply



@cemetariel666

9 days ago

46

Yigal Mesika is a good person and good friend of mine. Y'all need to stop talking sh!t about him. His products are some of the best and his one of the nicest beings out there.

1

Reply

5 replies



@KnightFallAudio

9 days ago

I'm actually a huge fan of Yigal and his products. I'm not really interested at all in the personal drama. There are people who don't have very nice things to say about Craig petty as well. Nobody is perfect. Can't imagine this will affect my purchases at all. I'll still be buying Yigal and Craig petty effects.

Reply



@davearmstrong5431

10 days ago (edited)

Feeling better Craig? Magicians Destroying Magicians. Who's next? Three Hours of Rant is almost a record for you …

2

Reply

MAGIC TV

.

3 replies



@gazlawrence3643

11 days ago



Bennett is a complete wrong un I cannot stand the weasel Gaz

1

Reply



.

8 replies

I

@9freesolo

11 days ago

Another video of pure hatred of Craig Petty. Since many years he's well known for his hatred…

2

Reply

5 replies

A

@AriezeKanji

10 days ago (edited)

Great job shining a light on this from all angles. You're absolutely right, Murphy's is a victim as well here. As a community we shouldn't stand for new creators getting bullied. We also shouldn't be using Murphys as the scapegoat for everything. This is all caused by a patent troll and I completely agree that the community shouldn't allow this stuff to slide. Between Get Smarty and Noble One, I haven't been disappointed with an MB product. I'm glad that

he stood his ground as an airtag ring flight makes sense in 2025. I'm very curious, was the Sean Bogunia/Yigal Mesika lawsuit well known at the time that it was happening? Or was it only known by the people involved?

1

Reply