**EXHIBIT E**



@clayton9580-y7d

10 days ago

Thank you Eric and Penguin for covering this story. Out of character for the podcast but loved it more than most of the episodes.

6

Reply



@OBrienMagic

8 days ago

Glad you are continuing to share this as things can only get worse from here if it doesn't face any pushback. So good on you two for continuing to spread info and remain transparent.

3

Reply



@jeffthornley5434

11 days ago

Just be a stand up human being, that simple !

7

Reply



@Stan_dart

9 days ago



Eric, thank you for this Podcast!

2

Reply



@matejrotovnik6979

10 days ago

Thank you Erik…. :-)

4

Reply



@dmontes133

9 days ago

Thank you for this! Great video!

2

Reply



@seanfaherty

10 days ago

When I heard Mr Tait's story all I could think is what would Jimmy Grippo or Tony Gorgio do in a similar situation ? - it wouldn't go good for Mr Yesika

3

Reply



@Brythemagicguy1

9 days ago

If yig actually wanted to do the right thing and take accountability im sure Craig would happily do a respectful interview with him. Just like he and unbiased magic were able to

1

Reply



@Pachin231

11 days ago (edited)

Magic has been around for hundreds of years. If every magician had a patent for their trick then magic will be very limited and would scare away many creators. Less creators less customers. It is sad that this is happening. Magic is not dying . We are killing it.

7

Reply



@misterliquidcity

10 days ago

Ok i just about died when I heard you mention Loki Kross. I know him personally; we actually were roommates years ago. I remember when he left Indiana to pursue magic and moved to Vegas. He is a good dude, and if he said it I 100 percent believe it happened. I have [probably known him personally for over 3 years!

3

Reply



@bedheadboy

7 days ago

to be scared to tell the truth is really sad. it sucks he has so much power to silence people.

1

Reply



@Drtoddcooper

11 days ago

I agree that Penguin Magic should have been included for the fism podcast award, Erik Tait puts so much effort into these and they are really high quality. Thanks for doing these, I wish mine was even as close to as good as yours.

5

Reply



@gullion111

5 days ago

Everyone stop buying anything Yigal Mesiks has for sale and he'll change his evil ways… Magic dealers do not stock things that don't sell.

3

Reply



@DerickMagic

8 days ago

I'm not going to buy another YM stuff till he apologises

3

Reply



@dmontes133

9 days ago

I think, as magic buyers, we should ALL boycott Mesika products! Hit him at what he loves, his wallet.

5

Reply



@phil.c.

10 days ago

Ym made history, as a complete c..t.  . Hi ym.

4

Reply

@Anidoesstuff

9 days ago

Michigan magicans stand behind Craig petty.. every magician I've met in michigan supports Craig petty side unanimously… Shame that such drama is involved within the magic industry. You would think magcians would have more respect for each other. Only thing

yigal has achieved is damaging his character amongst his peers and eventually the layman..

2

Reply



@seanfaherty

10 days ago

I think the problems of congruent invention are inevitable with prolific creators like Mr Petty or Mr Sankey. I've done it too and I'm a talentless hack.

1

Reply



@phil.c.

10 days ago

He get his.

Reply



@mikeonthebox

10 days ago (edited)

Craig said it's "His opinion" but then he says "It's facts" Then it's facts, and not just his opinion. RED and now Savant deck are perfect examples that you don't need to be "original" in magic when coming out with products. Copying ideas in Magic and taking the work of others as a foundation happens all the time.

2

Reply

1 reply

6



@eriktait434

10 days ago

Craig has addressed RED before. Savant deck is a different story. That's a case of two creators using parallel thought to come to the same principle with very different approaches. Craig has actually worked with other creators to make everyone whole in both situations.

4

Reply



@ky03le02

10 days ago

28:30 I hope to God this actually doesn't happen. If it does, I will be creating my own roughing stick, patenting the technology and claiming that market LOL.

Reply



@adamcallaghan2119

11 days ago

Well done Craig

1

Reply



@paulbrashier912

9 days ago (edited)

Penguin magic  as for the other stuff - spot on you can't stick another hole through the card and claim it's yours ffs btw not saying he has but similar magic stuff - geezer a fcuk wit.

Reply

@theoldman2821

9 days ago (edited)

As awful as Yigal appears I have to point out, as even Eric sort of mentioned, Petty is a famous bully himself. He also is very petty (no pun intended.) He had YouTube send me a threatening note about losing my access to YouTube for an eight word post where I took him to task for wearing a t-shirt with an obscenity on it. My post pointed out that his channel is mostly family friendly and it seemed rather the opposite. Instead of simply deleting my post, or blocking me from his channel, he reported it to YouTube to shut me up. Sound familiar?

1

Reply

2 replies



@magic-tv

8 days ago

I have never reported anyone to YouTube Ever and honestly if I did report a single comment they would laugh at me. YouTube prefer it if a creator self policies. I have deleted comments in the past but never have a reported a comment More importantly I'm genuinely sorry if you feel I'm a bully. I'm not sure where you got that from. In the past I have reacted badly to certain situations and if I did that to you I'm very sorry. That would never be

my intention. I don't remember any situation between you and I but I am a big believer in free speech so if you told me not to wear something whilst on my channel I could imagine taking exception to that. I will stand by that conviction - my channel, my rules but if I upset you I'm very sorry about that. Hope that clears things up.

2

Reply



@theoldman2821

8 days ago

Thank you for your response. Unfortunately I don't know how to find the warning I received.

Reply



@seanfaherty

10 days ago (edited)

So from the outside it looks like Mr Mesika acts like Jay Sankey but with lawyers. That's not fair to Mr Sankey as all he wants is recognition of his work but perhaps you can see what I'm saying. Also it's nice to see Mr Petty using his righteous indignation for good.

1

Reply

4 replies



@eriktait434

10 days ago

I would argue that Sankey has created a lot of very good material and is generally pretty cool with people if you credit him and talk to him. My effect Boxed and Loaded was independently created using a principle Sankey created in the 90s. When I showed it to him

9

and where I had taken it Jay graciously gave me his blessing to publish my work and didn't ask for a penny. That, by the way, is the industry standard to publishing.

3

Reply



@seanfaherty

9 days ago

 @eriktait434 as I said, I wasn't being fair because he just wants to be recognized for his work. Mr Sankey seems to do it for the love of magic not money or a psychopathic need to frighten people. You're right. Mr Sankey is one of the good ones

Reply



@eriktait434

9 days ago

 @seanfaherty ah! My bad. I misunderstood!

1

Reply



@seanfaherty

9 days ago

 @eriktait434 nah, it's on me. I wasn't clear

Reply



@tpdmagicvids

11 days ago

Next Craig petty drama. Lmao

3

Reply

3 replies



@AndyCooper761

10 days ago

Not a Craig Petty drama. Did you watch this podcast?

7

Reply



@seanfaherty

10 days ago

That's what I thought at first but he is advocating for a less known creator

6

Reply



@freemagicfun

8 days ago

@AndyCooper761  I took the comment to be referring to the line at 1:02:28 when Erik says we move on to the next Craig Petty drama, and Craig says there will be one.



1

Reply