**EXHIBIT N**

| Defamatory Statement | Timestamp | Falsity | Supporting Evidence |
|---|---|---|---|
| "He's a patent troll … stealing intellectual property … then they go after any possible entity …" | 0:38 | "patent troll" is generally defamatory of anyone. Mesika is not a "Non-Practicing Entity." Mesika is not stealing anything. Patents are issued, trademarks are registered, copyrights are protected. Mesika does not "go after any possible entity," but sometimes those who infringe intellectual property rights. | Yigal Mesika Decl. ¶¶11, 12; U.S. Patent Application No. 2024/0416255 A1 (Ex. A to FAC). Note, in FAC:<br><br>"17. In the U.S. Patent Application No. 2024/0416255 A1 attached as Exhibit A, the "Ring Flight Revolution" is disclosed and described in Paragraph [0006].<br><br>18. In the U.S. Patent Application No. 2024/0416255 A1 attached as Exhibit A, the "Rinkey Dinky" product is disclosed and described in Paragraph [0007]."<br><br>Thus, instead of "stealing" intellectual property as stated in the videos. Yigal Mesike publicly cited the prior art in the published patent application. |
| "He's a magic terrorist I believe." | 1:42 | "Terrorist" is generally defamatory of anyone. | Yigal Mesika Decl. ¶¶11, 12. |
| "Magic's biggest litigious bully … for the last three | 2:39 | "Bully" is generally defamatory of anyone. Others have engaged in | Teller lawsuit on "stolen magic trick" - https://www.gleamlaw.com/cannabis-law-blog/blog/teller-sues-for-theft-of-magic-trick/<br><br>"Teller Wins Lawsuit Over Copied Magic Trick Performance" - https://www.hollywoodreporter.com/business/b |

1

| decades …" | | litigation in the magic industry. "Last three decades" would mean that Mesika has been litigating since about 1995.<br><br>Many entities aer recognized for frequently initiating legal challenges within the magic community and entertainment industry to protect their creative products and intellectual property.<br><br>- Teller (Penn & Teller): Teller of the magic duo Penn & Teller is well-known for vigorously enforcing | usiness-news/teller-wins-lawsuit-copied-magic-690347/ - March 21, 2014.<br>*Teller v. Gerard Dogge*, Case No. 2:12-cv-00591-JCM-GWF, D. Nev.<br><br>Litigation against production companies of well-known magician Criss Angel.- Lawsuit over trade secret royalties - https://www.tradesecretslaw.com/2009/07/articles/trade-secrets/production-companies-for-star-magician-criss-angel-sued-for-alleged-failure-to-pay-royalties-for-magicians-alleged-use-of-confidential-and-proprietary-magic-tricks/# ; https://insidemagic.com/2009/06/22/19-year-old-inventor-sues-criss-angel/<br><br>*Jacob Spinner v Angel Productions Inc.*, et al., N.Y.<br><br>Criss Angel demand letter regarding alleged copyright infringement as to a parody restaurant menu - https://reason.com/volokh/2022/01/18/the-law-has-already-sawed-that-claim-in-half/<br><br>Criss Angel demand letter to comedian/magician Harrison Greenbaum. Harrison Greenbaum response to Criss Angel demand letter.<br><br>Andre Kole – sued the "Masked Magician" and Fox Channel for his "Table of Death" illusion. Rick Lax, of Penguin Magic, article on magician litigation - https://www.wired.com/2013/07/the-tricky-business-of-innovation-can-you-patent-a-magic-trick/<br><br>*Harrison v. SF Broadcasting*, 1998 WL 355462, 2:98-cv-01107-MLS (E.D. La.), affirmed 196 F.3d 1256 (5th Cir. 1999) – Class action by a group of magicians seeking to vindicate their collective right to trade secrets. |

| | | | |
|---|---|---|---|
| | | copyright protection of his signature tricks. Notably, he won a copyright infringement lawsuit against Belgian entertainer Gerard Dogge for copying and attempting to sell the secret to his "Shadows" illusion. | *Goldin v. Clarion Photoplays, Inc.*, 195 N.Y.S. 455, 460 (1922).<br><br>*David Copperfield's Disappearing, Inc. v. Eighth Judicial Dist. Court in & for Cty. of Clark*, No. 75609, 2018 WL 2045939, at *1 (Nev. App. Apr. 20, 2018).<br><br>*David Copperfield's Disappearing, Inc. v. Lifetime Books Inc.*, 2:94-cv-04643-RMT-Mc (C.D. Cal.) .<br><br>*Beatrice Wells v. David Copperfield*, Case No. 2:94-cv-05734-TJH-B (C.D. Cal.).<br><br>*Becker v. David Copperfield's Disappearing, Inc.*, Case No. 8:97-cv-02604-HLA (M.D. Fl.).<br><br>*Becker v. David Copperfield's Disappearing, Inc.*, Case No. 0:97-cv-07176-WPD (S.D. Fl.). |
| | | Magic Leap, Inc. has litigated at least seven IP lawsuits since 2017, involving illusion devices. | Magic Leap, Inc. v. Tusa Tuc, Case No. 3:2017-cv-00264 N.D. Cal.<br><br>Percept Technologies Inc. v. Magic Leap, Inc., Case No. 1:2022-cv-00025 D. Del.<br><br>Cedar Lan Technologies Inc. v. Magic Leap, Inc., Case No. 1:2022-cv-00158, D. Del.<br><br>Recep Trexx LLC v. Magic Leap, Inc., Case No. 1:2024-cv-00340 D. Del.<br><br>GeoSymm Ventures, LLC v. Magic Leap, Inc., Case No. 1:2024-cv-00837, D. Del.<br><br>MEC Resources, LLC v. Magic Leap, Inc., Case No. 6:2021-cv-00617, W.D. Tex.<br><br>Flick Intelligence LLC v. Magic Leap, Inc., Case No. 6:2021-cv-01291, W.D. Tex. |

| "He moved a hole onto the side and tried to patent it as his …" | 3:37 | Invention is falsely described. | Patent Application No. 2024/0416255 A1 (Ex. A to FAC) |
|---|---|---|---|
| "He doesn't have a patent approved and he never will." | 3:55 | Mesika has several issued patents. | Mesika Patent Portfolio – US-D940956; US-D977868; US-7,311,609-B2; US-7,835,132-B2; US-7,861,861-B2; US-7,967,689-B2; US-8,133,122-B2; US-8,142,295-B2; US-8,408,394-B2; US-10,183,780-B2; AU-2011-207685-B2; EA-023664-B1; EAP-2525884-B1; JP-5833020-B2; ZA-2012-04907-B. |
| | | | |