Marc J. Randazza, SBN 269535
Alex J. Shepard, SBN 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W Flamingo Rd., Suite B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendant*
*Craig Petty*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MESIKA MAGIC, a California corporation, YIGAL MESIKA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PENGUIN MAGIC, INC., a Nevada corporation, CRAIG PETTY, a resident of the United Kingdom, DOES 1-10, inclusive,<br>Defendants. | Case No. 2:25-cv-07943-MWF-MBK<br><br>**Defendant Craig Petty's Request for Judicial Notice in Support of Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(B)(6) and for Relief Under Cal. Code Civ. Proc. § 425.16, And Memorandum in Support**<br><br>Hearing Date: June 10, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: 5A |

TO: THE PARTIES AND THEIR RESPECTIVE COUNSEL

Defendant Craig Petty hereby requests the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the documents referenced below, which are submitted in support of Defendant's Motion To Dismiss Under Fed. R. Civ. P. 12(B)(6) and for Relief Under Cal. Code Civ. Proc. § 425.16, and Memorandum in Support.

- 1 -
Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

**Exhibit 1:** Promotional material referencing Mesika performing at the Magic Castle in Los Angeles, not available digitally. *See* Declaration of Craig Petty ("Petty Dec.") at *Exhibit A*.

**Exhibit 2:** Composite of Magic New Zealand Magazine advertisement and YouTube Video showing Mesika lectured at the Blackpool Magic Convention, available at: Magic New Zealand Magazine, Issue 700 (Oct. 2009), at § 14 (https://askalexander.org/display/97098/Magic+New+Zealand+Issue+63/718); and https://www.youtube.com/watch?v=EC5T0OC-pxU.

**Exhibit 3:** Facebook post showing Mesika appeared as a featured magician at Ballet Magique, a recognized magic performance venue, available at: https://www.facebook.com/share/p/1AwJSFpsXx/?mibextid=wwXIfr.

**Exhibit 4:** Facebook video post announcing Mesika's appearance at Fédération Internationale des Sociétés Magiques, the World Championships of Magic, available at: https://www.facebook.com/share/v/1FJaeun6xU/?mibextid=wwXIfr.

**Exhibit 5:** Penguin Magic listing showing Mesika was an artist and lecturer at the International Magic experience in Las Vegas, available at: https://www.penguinmagic.com/p/2659?srsltid=AfmBOorClfaTza4m5tPB_mTLuv0ei0Q4XocJsg5C5evTCLsELLdKR14.

**Exhibit 6:** Highlight reel from the Essential Magic Conference in 2012 showing Mesika was a speaker, available at: https://www.youtube.com/watch?v=wKD7ZQzLMto.

- 2 -
Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

**Exhibit 7:** Article referencing Mesika lecturing on invisible thread techniques at the "Magic in the Rockies" convention, available at: Magic New Zealand Magazine, Issue 290 (Oct. 2004), § 11.

**Exhibit 8:** Nielsen Magic article referencing Mesika as a lecturer at the Magic Live convention in Las Vegas, available at: https://nnmagic.com/magic-live-2016-lupes-review/.

**Exhibit 9:** Video showing Mesika performing and demonstrating one of his marketed effects during the Magic Live convention in Las Vegas, available at: https://www.youtube.com/watch?v=VtHiF59iJvw.

**Exhibit 10:** Documentary film "The Magic Life" featuring Mesika, available at: https://www.themagiclifefilm.com.

**Exhibit 11:** Interview with Mesika on the Penguin Magic Podcast, available at: https://podcasts.apple.com/us/podcast/yigal-mesika-the-thread-of-this-interview-is/id1479053665?i=1000526777785.

**Exhibit 12:** Interview with Mesika on The Magic Word Podcast, available at: https://www.themagicwordpodcast.com/scottwellsmagic/326-yigal-mesika.

**Exhibit 13:** Podcast interview with Mesika featured on The Insider Podcast produced by Vanishing Inc. Magic, available at: https://www.vanishingincmagic.com/blog/the-insider-yigal-mesika.

**Exhibit 14:** Cover feature and full interview with Mesika published in Vanish Magazine, Issue No. 38, available at: https://digitalvanishmagazine.com/vanish-magic-back-issues-vanish-magazine-38/0751470001504743280.

- 3 -
Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

**Exhibit 15:** Cover feature interview with Mesika published in Penguin Magic Magazine, available at: https://www.penguinmagic.com/p/15634.

**Exhibit 16:** Video of illusionist Criss Angel performing a Mesika effect on the television series Mindfreak, available at: https://youtu.be/4GSLUFwKKaU.

**Exhibit 17:** Facebook post referencing internationally renowned magician David Blaine performing Mesika's marketed effect "Innercircle" during a television appearance, available at: https://www.facebook.com/share/p/1SiuikPHof/?mibextid=wwXIfr.

**Exhibit 18:** Video of Keiichi Iwasaki performing Mesika's marketed magic product "Tarantula II" during his act on Britain's Got Talent and getting the Golden Buzzer, available at: https://www.youtube.com/watch?v=F4v0BZtrSbY.

**Exhibit 19:** Video of magician Keiichi Iwasaki performing Mesika's marketed magic product "Tarantula II" during his act on America's Got Talent All-Stars, available at: https://youtu.be/QrPhn-jaV5A.

**Exhibit 20:** Facebook post by Mesika announcing a partnership with Marvin's Magic for the distribution of his creation "Zorbi," available at: https://www.facebook.com/share/1FJpzZYzQK/?mibextid=wwXIfr.

**Exhibit 21:** Facebook post by Mesika stating his product Zorbi is being sold in major international retail stores including FAO Schwarz and Hamleys, available at: https://www.facebook.com/share/v/1d3PKtD7vX/?mibextid=wwX.

**Exhibit 22:** Composite of sites advertising Mesika's product Tarantula, available at: https://www.penguinmagic.com/time-machine/2010/10/03/?srsltid=AfmBOoqgmrT38aEqdv6aWT8gpBd1EQxGxp9Diu-OBrL0QedQOqaWCixl;

- 4 -
Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

Amazing Card Magic, No. 57, L&L Publishing (2009); https://www.lybrary.com/genii-volume-71-2008-p-561748.html?keywords=Yigal+Mesika; and the Linking Ring Magazine, February 2010.

**Exhibit 23:** Composite of sites advertising Mesika's product Loops, available at: https://www.penguinmagic.com/time-machine/2010/10/03/?srsltid=AfmBOoqgmrT38aEqdv6aWT8gpBd1EQxGxp9Diu-OBrL0QedQOqaWCixl; https://www.penguinmagic.com/time-machine/2012/06/08/?srsltid=AfmBOoqz8XizFb_fI1x7u49oX94FFNkVi7wmnZE7ZocFAOY8t4BePtU0; and https://www.penguinmagic.com/time-machine/2013/10/23/?srsltid=AfmBOoptAFxHIcjusjEwfL9Dd-Wmqu7l-RqEoSaU_ctf3RDaf3ldyS6D.

**Exhibit 24:** Listing of Mesika's product Spider Pen Pro on Magic Shop, available at: https://blog.magicshop.co.uk/2012/04/just-had-news-in-that-new-spider-pen.html.

**Exhibit 25:** Listing of multiple Mesika products on Discount Magic Shop, available at: https://www.discountmagic.co.uk/we-are-now-happy-to-provide-the-full-raneg-from-yigal-mesika/.

**Exhibit 26:** Video from Magic Duck – Magic Store advertising Mesika products, available at: https://www.youtube.com/watch?v=lFBi_3PtwNc.

**Exhibit 27:** Composite of sites around the world listing Mesika's magic products, available at: https://www.penguinmagic.com/magician/yigal-mesika; https://www.gin-magic.com/yigalmesika; https://tabascomagic.com/en/webshop/#!/~/search/keyword=Mesika; https://magicas.net/busca&search=mesika; https://zaubern.org/brand/yigal-mesika/; https://www.magic-shop.ru/?action=search&fr_name

Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

=mesika&x=0&y=0; http://www.tekmagic.co.kr/shop/shopbrand.html?search=Yigal%20Mesika; https://www.neoinception.co.kr/shop/goods/goods_search.php?searched=Y&log=1&skey=all&sword=mesika&x=13&y=11; https://magicbox.uk.com/search?q=mesika&options%5Bprefix%5D=last; https://magicshop.co.uk/search?type=product&q=Mesika; https://www.discountmagic.co.uk/?s=Mesika&post_type=product; and https://alakazam.co.uk/search?q=mesika&options%5Bprefix%5D=last.

**Exhibit 28:** Composite of YouTube videos reviewing Mesika's Zorbi product with over 300,000 views combined, available at: https://youtu.be/kviWAcIhMRU?si=gNX_NrfiJj0wnQ1W; and https://youtu.be/hOLFmN2jCVY.

**Exhibit 29:** Composite of YouTube videos reviewing Mesika's Electric Touch Plus product with over 116,000 views combined, available at: https://www.youtube.com/watch?v=5wM4snjaeHg; https://youtu.be/-UCwPoJRWnA?si=rQ9YtP-FQCji3sV3; and https://youtu.be/jjLdEiyjt4E?si=6NeLABlg_x8BMRXV.

**Exhibit 30:** Composite of YouTube videos reviewing Mesika's Tarantula II product with over 330,000 views combined, available at: https://youtu.be/tP7MDRWM4vk; https://youtu.be/KCTeJdvPnVw?si=q67VbsYv251PTRt3; https://youtu.be/ZHKo-sELH3M?si=kiv-VOGDlnBCG-97; https://youtu.be/UwJzfxBbZFE; https://youtu.be/P7nATrnfXH4?si=ZSn7uaK_VKeyao7Q; https://youtu.be/NxAlMC7cFKw; https://youtu.be/sxcXov2pPV0; https://youtu.be/Lp5C2ZLVvmw?si=VxXNfLEBojUg6XxF; https://youtu.be/I2nQMlMEPp8; https://youtu.be/AmsMPGqpcjY?si=gfJV0GLcuhf0AvPd; https://youtu.be/8p23c06a9pQ?si=oONTchbsxX6XRn-m; https://youtu.be/dIUISMeC5ac?si=ztfklj83geaNWmbB; htt

Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

ps://youtu.be/Zr7su-hHy3E?si=No-uEJagyo1htQdT; and https://youtu.be/vq9h3_E_46g?si=Kebxnk311ZZEJGFn.

**Exhibit 31:** Composite of YouTube videos reviewing Mesika's Spider Pen Pro product with over 21,000 views combined, available at: https://youtube.com/shorts/A5Zp8RyeV1M?si=1iTzUY6z27EJpn2X; https://youtu.be/pN8ubXhhThY?si=3hmgs4O0Vbj-OWmt; and https://youtu.be/EKsHpOFkxEQ?si=j1Rg8ZUARB0Y74oe.

**Exhibit 32:** Composite of YouTube videos reviewing Mesika's Spider Pen X product with over 19,000 views combined, available at: https://youtu.be/LGSULVLWmNg?si=nLzJf5Xm6XOkGyp4; https://youtu.be/EEc_T8pBirc?si=GjNVaMD3Zh_X8qfr; and https://youtu.be/Ed6GyUW5HTU?si=O38wgMbBS8K85xKT.

**Exhibit 33:** Composite of YouTube videos reviewing Mesika's Ring Flight product with over 15,000 views combined, available at: https://youtube.com/shorts/Ejj4drVtfgM?si=lPutNq7kSRslIG_d; https://youtu.be/phBnMO5cPY8?si=nagnSWP3CCL5P5S0; https://youtu.be/4fLfE2rMXwU?si=lAZbfiia1Xh78fJ8; https://youtu.be/WB4qJEOyWSA?si=H2-zX2pJSKLW0gTI; https://youtu.be/gjqeZyHJBZ8?si=88Km4lzg9YSnG-Wq; and https://www.youtube.com/watch?v=nBtD7ui6tn8.

**Exhibit 34:** Composite of YouTube videos reviewing Mesika's Loops product with over 34,000 views combined, available at: https://youtu.be/nHePBs1KzQ?si=z_oiEmFKtXjidyZ0; https://youtu.be/fS5h2Di0bJE?si=aHwC6g4OarxF7_px; https://youtu.be/hA24nnjWlag?si=Vg5XLyyoYdOGs83Q; and https://youtu.be/DK40xjFvo-o.

Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

**Exhibit 35:** Composite of YouTube videos reviewing Mesika's Innercircle product with over 22,000 views combined, available at: https://youtu.be/nlNBQfw8ydg?si=WscPQkSplURWZPbS; and https://youtu.be/TNQ3Q7Zmss8?si=SO4v_vknUbbyABZB; https://youtu.be/nlNBQfw8ydg?si=6s41ReiVgQ_Qi82d.

**Exhibit 36:** Facebook post and comments comparing Rinkey Dinky to Mesika's Ring Flight, available at: https://www.facebook.com/share/v/1Db958u52k/?mibextid=wwXIfr.

**Exhibit 37:** Facebook post in a private Facebook group "Magicians Only" discussing malfunctioning Mesika Ring Flight device, post not available to the public. *See* Petty Dec. at *Exhibit B*.

**Exhibit 38:** Facebook post in a private Facebook group "Magicians Only" discussing Mesika's AirFlight device, post not available to the public. *See* Petty Dec. at *Exhibit C*.

**Exhibit 39:** Facebook post in a private Facebook group "Magicians Only" discussing Mesika's AirFlight device and whether it is a direct copy or evolution of an existing ring flight concept, post not available to the public. *See* Petty Dec. at *Exhibit D*.

**Exhibit 40:** Vanishing Inc. article about Mesika's Ring Flight and comments discussing whether this product is licensed or credits past similar products, available at: https://www.vanishingincmagic.com/close-up-magic/mesika-ring-flight/.

Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

**Exhibit 41:** YouTube video published by magicians David Penn and Paul Longhurst reviewing Mesika's ring flight and discussing confusion regarding how Mesika got the patent, available at: https://youtu.be/nBtD7ui6tn8.

**Exhibit 42:** Article published by Milord Law Group discussing Mesika's patent infringement suit against Sean Bogunia, available at: https://www.iptrademarkattorney.com/los-angeles-patent-magic-magician-illusion-infringement-reel-pen/.

## 1.0    ARGUMENT

Under Fed. R. Evid. 201(b), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The above-identified exhibits consist of third-party discussion, ads, and reviews of Plaintiff Mesika and / or his magic products. There is no reasonable dispute that third parties made these statements.

Defendant does *not*, however request the Court take judicial notice of the truth of the underlying allegations in these documents. Rather, Defendant requests that the Court merely take notice of the existence of these documents and that they were publicly available at the time of their publication. It is appropriate for district courts to take judicial notice for this purpose. *See Taylor v. ESPN, Inc.*, 2026 U.S. Dist. LEXIS 55940, *20 (N.D. Cal. Mar. 17, 2026) (taking judicial notice of news articles "for the purpose of noting the existence of news coverage regarding Mr. Taylor and the general topic of women in sports, but not for the truth of any matters asserted in

Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

the articles"); *Von Saher v. Norton Simon Museum of Art at Pasadena,* 592 F.3d 954, 960 (9th Cir. 2010) ("Courts may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true"). That is all that is requested here.

## 2.0    CONCLUSION

For the foregoing reasons, the Court should take judicial notice of the above-identified exhibits when deciding Defendant's Anti-SLAPP Motion.

Dated: May 1, 2026.          Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC
/s/ Marc J. Randazza
Marc J. Randazza, SBN 269535
Alex J. Shepard, SBN 295058
8991 W Flamingo Rd., Suite B
Las Vegas, NV 89147

*Attorneys for Defendant*
*Craig Petty*

Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK

Case No. 2:25-cv-07943-MWF-(MBKx)

## **CERTIFICATE OF SERVICE**

I CERTIFY that on May 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza

Defendant Craig Petty's Request for Judicial Notice
in Support of Defendant's Anti-SLAPP Special Motion to Strike
2:25-cv-07943-MWF-MBK