**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MESIKA MAGIC, a California corporation, YIGAL MESIKA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PENGUIN MAGIC, INC., a Nevada corporation, CRAIG PETTY, a resident of the United Kingdom, DOES 1-10, inclusive,<br>Defendants. | Case No. CV 25-7943-MWF(MBKx)<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES AND COSTS** |

The Court has considered the parties' Joint Stipulation to Continue Hearing Defendants' Motions for Attorneys' Fees and Costs (the "Stipulation"). (Docket

No. 83). The Stipulation is **GRANTED** in part and the Court **ORDERS** as follows:

- The hearing on Defendant Craig Petty's Motion for Costs and Attorneys' Fees (Docket No. 69) is **CONTINUED** to November 18, 2026, at 10:00 a.m.
- The hearing on Defendant Penguin Magic, Inc.'s Motion for Attorneys' Fees and Costs (Docket No. 72) is **CONTINUED** to November 18, 2026, at 10:00 a.m.
- The Scheduling Conference (Docket No. 75) is **CONTINUED** to November 18, 2026, at 10:00 a.m.
- The hearing on Plaintiffs Mesika Magic and Yigal Mesika's Motion to Strike Portions of Answer to Complaint (Docket No. 77) remains set on November 18, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 13, 2026

**MICHAEL W. FITZGERALD**
**United States District Judge**